# EXHIBIT A

Filed
D.C. Superior Court
02/23/2021 15:25PM
Clerk of the Court

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

Civil Division

| | |
|---|---|
| AMERICAN ASSOCIATION FOR JUSTICE<br>777 6TH Street, NW, Suite 200<br>Washington, DC 20001<br><br>        Plaintiff,<br><br>    **v.**<br><br>CERTAIN UNDERWRITERS AT LLOYD'S<br>LONDON SUBSCRIBING TO<br>SHOWSTOPPERS POLICY CERTIFICATE<br>NO. CR0314627, SPECIFICALLY<br>SYNDICATES 2623, 0623, 0033, AND 4141<br>c/o Mendes & Mount  LLP<br>750 Seventh Avenue<br>New York, NY 10019<br><br>        Defendants. | Case No.: <u>2021 CA 000551 V</u> |

**COMPLAINT**

Plaintiff, American Association for Justice, by its undersigned counsel, brings this action against Defendants, Certain Underwriters at Lloyd's London subscribing to Showstoppers Policy Certificate No. CR0314627, specifically Syndicates 2623, 0623, 0033 and 4141, and for its causes of action states:

**PARTIES**

1.     Plaintiff, American Association for Justice ("AAJ"), is a nonprofit corporation organized under the laws of the District of Columbia, with its principal place of business located at 777 6th Street, NW, Suite 200, Washington DC 20001.

2.     Defendants, Certain Underwriters at Lloyd's London subscribing to Showstoppers Policy Certificate No. CR0314627 that insures AAJ (the "Policy"), specifically Syndicates 2623, 0623, 0033 and 4141 (the "Underwriters"), are groups of companies and individuals operating in the Lloyd's London market that insure risks in return for payment of premium.

## JURISDICTION AND VENUE

3.     The Court has personal jurisdiction over the Underwriters in this action pursuant to D.C. Code § 13-423(a)(6).

4.     The Court has subject matter jurisdiction pursuant to D.C. Code § 11-921.

5.     Under District of Columbia Superior Court Rule 57, the Court is authorized to declare the rights, status and other legal relationships when there is a present and justiciable controversy.

## FACTS COMMON TO BOTH COUNTS

### Summary of Action

6.     AAJ brings this action to recover insurance proceeds for loss arising from cancellation of AAJ's 2020 annual convention.  The convention was cancelled due to the unavailability of the convention venue because of its use by the City of Washington as a temporary medical facility.  The Underwriters denied the claim for insurance, arguing that "the Policy does not afford coverage for this claim given the Policy's Communicable Disease exclusion."  As alleged below, this exclusion is inapplicable, and AAJ is entitled to recovery.

### Description of AAJ and its Conventions

7.     AAJ is an IRS Rule 501(c)(6) trade association.  Its members are primarily attorneys, but also law professors and students.  AAJ promotes justice and fairness for injured persons, safeguards victims' rights—particularly the right to trial by jury—and strengthens the civil justice system through education and disclosure of information critical to public health and safety.  With members worldwide, and a network of U.S. and Canadian affiliates involved in diverse areas of trial advocacy, AAJ provides lawyers with the information and professional assistance needed to serve clients successfully and protect the democratic values inherent in the civil justice system.

8.      AAJ has held in-person annual conventions in various cities as an important aspect of its mission.   The annual conventions serve several purposes, including education of attendees, networking, promotion of advocacy, and funding of AAJ's operations.

9.      Because the net income earned by AAJ from holding the annual and other conventions is crucial to the operations of AAJ, it has obtained insurance in order to protect against, *inter alia*, cancellation of the annual and other conventions.

10.      The AAJ annual convention for 2020 (the "2020 Convention") was scheduled to be held in Washington DC, at the Walter E. Washington Convention Center (the "Convention Center"), from July 8-15, 2020.

### The Policy

11.      AAJ applied for coverage to protect against, *inter alia*, cancellation of the 2020 Annual Convention by way of an "ASEA-Endorsed Event Cancellation Insurance Application" dated June 24, 2019 (the "Application").

12.      A true and correct copy of the Application is attached as Exhibit 1.

13.      The Policy, dated July 29, 2019, was issued to AAJ.

14.      A true and correct copy of the Policy is attached as Exhibit 2.

15.      In the "DESCRIPTIONS OF COVERAGE PROVIDED" section of the Declarations, page 1 of the Policy, the Underwriters or their authorized representative state, *inter alia*, the following:

a.   "Limits of Indemnity: Coverage A: $5,273,000";

b.   "Perils: All Risk as Per Forms Attached"; and

c.   "Coverage: Event Cancellation – As Per Forms Attached."

16.      In the "SHOWSTOPPERS INSURANCE – SCHEDULE OF EVENTS" section of the Declarations, page 2 of the Policy, the Underwriters or their authorized representative identify as

"a listing of the events and venues covered by this policy" the 2020 Convention in Washington and the February 6-12, 2020 AAJ Winter Convention in New Orleans.  The "Event Cancellation Limit of Indemnity" for the 2020 Convention is shown as "$3,183,000."  This is the amount of the "Budgeted Gross Revenue" for the 2020 Convention stated by AAJ in the Application.

17.     Section 2 of the Policy, pages 2-6 of the Policy, deals with "Coverage A – Event Cancellation."

18.     The "Insuring Clause" of Coverage A states in pertinent part:

Subject to all the terms, conditions, limitations and exclusions stated in this Insurance or of any attached Endorsement.

This insurance indemnifies You for Your Net Loss up to but not exceeding the Limit of Indemnity solely and directly in consequence of:

1. Cancellation, Abandonment, Curtailment or Rescheduling of the Event;

\*\*\*

all due to any unexpected cause beyond Your control and the control of the event organizer, the Participants and any of the sponsors or financial supporters of such parties and any party who performs or would perform any essential function needed for the successful fulfillment of the Event. Inadequate sales or registrations shall not constitute an unexpected cause.

19.     In addition to the Coverage A Insuring Clause quoted in pertinent part above, the Policy contains a section titled "Requisition or Confiscation of the Venue," which states:

We will indemnify You for Your Net Loss up to but not exceeding the Limit of Indemnity for each Event, following the Cancellation, Abandonment, Curtailment or Rescheduling of the Event, solely and directly in consequence of the requisition or confiscation of the Venue by local, national or Federal government authorities.

20.     The "Calculation of Net Loss" Section of Coverage A, page 3 of the Policy, states in pertinent part:

Our liability shall not exceed the limit of indemnity stated in the Schedule of Events for each Event and the aggregate limit of indemnity stated in the Declaration Page.

For (1) and (2) above the calculation of Net Loss shall be the greater of either:

A. loss of incurred Expenses, less all savings of expenditure effected by You and less all Gross Revenue received and retained in excess of return of fees for attendance or space, or,

B. loss of Gross Revenue including return of fees for attendance or space that would have been received in the absence of the covered loss (whether or not You are contractually obliged to return such fees), less both recoveries made and necessary Expenses not incurred….

21.     The Policy at pages 1 and 2 contains, *inter alia*, the following definitions of terms used in the Policy:

a.   "**Cancellation** means Your inability to open the Event prior to its commencement."

b.   "**Curtailment** means Your inability to open or keep open the Event for its original published duration or size."

c.   "**Expenses** means the total costs and charges incurred or which would have been incurred by You in organizing, running and providing services for the Event had a loss not occurred."

d.   "**Gross Revenue** means Your total revenue from every source arising out of the Event including, but not limited to, income derived from exhibitor's fees, advance reservations, admissions, advertising revenue, and any income that would have been received in the absence of a loss insured by this insurance."

22.     The single exclusion on which the Underwriters' purport to rely is General Exclusion 8 at pages 11-12 of the Policy, which states:

This insurance excludes any loss, damage, cost or expense directly or indirectly arising out of contributed to by or resulting from:

\*\*\*

8. any infectious or communicable disease in humans which leads to:

(i) any imposition of quarantine or restriction in movement of people by any government authority or national or international body or agency of any government; or

(ii) any travel advisory or warning being issued by any government authority or national or international body or agency of any government;

(iii) Swine Flu A (H1N1) or any mutant variation thereof;

(iv) any threat or fear of any infectious or communicable disease in humans (which for the avoidance of doubt includes Swine Flu A (H1N1 or any mutation or variation thereof), whether actual or perceived.

**<u>Cancellation of the 2020 Convention</u>**

23.     In April of 2020, AAJ was informed that the Convention Center would not be available for use by AAJ for the 2020 Convention because the Convention Center was going to be used as a temporary medical facility until the Mayor of Washington DC and her team determined that the additional capacity offered by the Convention Center is no longer needed.

24.     In an email dated April 17, 2020, Melissa Riley, VP Convention Sales and Services, Destination DC, a contracting arm of Events DC, the organization that manages the Convention Center, informed AAJ and others as follows:

Dear Customers:

Like many convention centers across the country, Washington, DC's Walter E. Washing-ton Convention Center is being prepared to be used as a temporary alternate care site to help alleviate strain on DC's hospital system during the COVID-19 pandemic. Mayor Muriel E. Bowser has stressed that the goal is to be ready, but to not have to use the Walter E. Washington Convention Center in this way.

In coordination with Mayor Bowser's office, the Homeland Security and Emergency Management Agency (HSEMA), the DC Department of Health and Events DC, the Army Corp of Engineers will be responsible for overseeing the construction of the temporary site.

> Once operational, the temporary facility will operate on a month-to-month basis until Mayor Bowser and her team determine that the additional capacity is no longer needed to support the COVID-19 efforts. At that time, Events DC will coordinate with the mayor to plan the resumption of its operations.
>
> Since your organization is scheduled to meet in Washington, DC this year, we wanted to provide the latest update. Destination DC will be in touch as soon as possible to discuss potential contingency plans for your meeting.

25.     A true and correct copy of the April 17, 2020 email referred to immediately above is attached as Exhibit 3.

26.     On April 20, 2020, in an announcement titled "Bowser Administration, U.S. Army Corps Announce Set-Up of DC Convention Center into Alternate Care Facility, Washington's Mayor and the U.S. Army Corps of Engineers announced, in pertinent part:

> In coordination with the Bowser Administration, the U.S. Army Corps of Engineers, Baltimore District, has issued a design/build contract to Hensel Phelps Construction Co., to convert the Walter E. Washington Convention Center into an alternate care facility to support the District's response to coronavirus (COVID-19).   The goal is to never need to use the Convention Center, but by the first week of May, 500 beds will be ready.
>
> "While our goal is to never use the Convention Center, we must have the capacity to support a potential increase in COVID-19 patients," said Mayor Bowser. "We thank the Army Corps, FEMA, and Events DC for their continued partnership during this public health emergency."

27.     The          full          announcement          is          available          at:

https://webcache.googleusercontent.com/search?q=cache:y9aRks0qwhkJ:https://mayor.dc.gov/release/bowser-administration-us-army-corps-announce-set-dc-convention-center-alternate-care+&cd=1&hl=en&ct=clnk&gl=us

28.     A similar announcement was issued on April 19, 2020, containing the following statement:

Through a phased construction approach, 500 beds will be set up by
the first week in May with the remaining 1,000 beds completed by the
end of May. The plan converts the Convention Center's three halls,
approximately 473,000 square feet, into a facility to treat low-acuity
patients. Low-acuity patients are non-ICU patients that do not require
a ventilator.

29.     In a telephone call on April 21, 2020, Ms. Riley and Linda Erickson of Events DC

officially informed Colleen Phalen, AAJ's Chief Creative Officer, that AAJ's 2020 Convention could

not be held at the Convention Center because the best case timetable for returning the Convention

Center to its use for events would be July 31, 2020 at the earliest.  Ms. Phalen was informed that that

timetable assumed the shortest possible periods of use as an alternate care facility and then

decontamination.

30.     In an email dated April 29, 2020 from Ms. Erickson of Events DC confirmed with

minor revisions the recap of the conversation referenced immediately above:

Below is a recap to confirm of my phone call with the Walter E.
Washington Convention Center. Myself, Melissa A. Riley Vice
President, Convention Sales & Services with Destination DC, and
Linda G. Erickson, Vice President, Sales, Events DC were on the call.

Melissa Riley opened the call by stating that she was sure I received her
email dated Friday, April 17th regarding the notice of the convention
center being converted to an [sic] hospital/alternate care facility. Linda
has been working with the contractors on lining up the project and a
contract was signed over the weekend. Melissa Riley stated -Being that
your event is in July, we will not be able to execute on the program.
She then handing [sic] it over to Linda for an update on the timeline
and project scope.

Linda gave an overview per below

April 20- May 8, 1100 total beds to be built in Hall A - 500

April 22nd – May 8, May 23 additional beds to be built in Hall B

April 30 – ongoing, May 30 additional beds to be built in Hall C

June 15th would be the first evaluation date. Should a determination
be made that the facility is no longer needed, June 30 would be patient
departure

> June 30 would in best-case scenario be the beginning of remediation
> and decontamination, and this would last for a minimum of 30 days
>
> July 31 would in [sic] best-case scenario conclude the decontamination
> project.

31.     A true and correct copy of the email referred to immediately above is attached as Exhibit 4.

32.     In an email dated April 23, 2020, Linda Erickson of Events DC informed AAJ that the 2020 Convention was being cancelled:

> The Walter E. Washington Convention Center, like many other
> facilities, has been designated for emergency use as a temporary
> Alternative Care Facility (ACF), meaning that it would be impractical
> – if not impossible – to hold your event. As a result, the AAJ Annual
> July Convention, July 8 – 14, 2020, is being cancelled since this is
> during the time that ACF is in operation.

33.     A true and correct copy of the April 23, 2020 email referred to immediately above is attached as Exhibit 5.

34.     AAJ was unable to open the 2020 Convention prior to its commencement.

35.     AAJ was unable to open or keep open the 2020 Convention for its original published duration or size.

36.     AAJ cancelled the 2020 Convention due to the unavailability of the Convention Center.

37.     The unavailability of the Convention Center as the venue for the 2020 Convention due to its use as a medical facility was unexpected by and beyond the control of AAJ.

38.     The unavailability of the Convention Center resulted from its requisition for use as a medical facility.

## AAJ's Insurance Claim and the Underwriters' Denial

39.     By letter dated April 21, 2020, AAJ notified the Underwriters through their authorized representative of AAJ's claim against the Policy.

40.     A true and correct copy of the letter referred to immediately above is attached as Exhibit 6.

41.     By letter dated July 21, 2020, the Underwriters, through their authorized representative, denied AAJ's claim for coverage, asserting a single defense to coverage - that General Exclusion 8 bars coverage:

> Based on the facts of this matter as reported, when compared to the insuring agreement, exclusions, terms and conditions of the Policy, coverage for this claim is excluded by General Exclusion 8.  The Event Cancellation was caused by communicable disease (Coronavirus/COVID-19) which led to the event venue being transferred into a temporary hospital.

> On March 12, 2020, the CDC issued a Recommendation that gatherings of 250 people or more be cancelled due to COVID-19.  The CDC issued a Further Recommendation on March 15, 2020, advising that events of 50 people or more be cancelled or postponed.  On April 20, 2020, the Washington Convention Center was transformed into a temporary hospital to treat Coronavirus patients.  As such, General Exclusion 8(i) and 8(ii) apply to exclude coverage for this claim.

42.     The Underwriters' representative's letter did not explain how matters asserted in the second quoted paragraph implicated General Exclusion 8(i), which deals with governmental imposition of quarantine and restriction of movement, or 8 (ii), which deals with governmental travel advisories and warnings.  Recommendations are not the subject of General Exclusion 8.

43.     A true and correct copy of the letter referenced immediately above is attached as Exhibit 7.

44.     After AAJ expressed disagreement with the Underwriters' denial, AAJ and the Underwriters engaged in further discussions regarding the claim, during which AAJ made and

responded to requests for information about the claim and asserted defenses thereto, including information regarding the quantum of AAJ's claim.

45.     By letter dated December 8, 2020, the Underwriters confirmed the denial, stating in part:

> The proximate cause of your client's loss was the COVID-19 pandemic which led to, among other things, restrictions on gathering. This, in turn, led to the Convention Center's unavailability.  While there was an option to purchase a coverage extension for loss associated with Cancellation as a result of Communicable Disease, your client declined to do so.  As such, the Policy does not afford coverage for this claim given the Policy's Communicable Disease exclusion.

46.     The Underwriters did not provide any support for its statement that any restrictions on gathering, rather than its use as a medical facility, led to the unavailability of the Convention Center. Nor did the Underwriters explain the relevance of "proximate cause" to the Policy and AAJ's claim. The phrase "proximate cause" is not used in the Policy.

47.     A true and correct copy of the letter referenced immediately above is attached as Exhibit 8.[1]

48.     AAJ's claim falls within the grant of coverage in the "Insuring Clause" of the Policy's Coverage A – Event Cancellation.

49.     AAJ's claim also falls within the grant of coverage in the "Requisition or Confiscation of the Venue" section of the Policy's Coverage A – Event Cancellation.

50.     The Net Loss recoverable by AAJ under the Policy is $1,003,229.

51.     By its very terms, Exclusion 8 is inapplicable to this claim and loss.

---

[1]     As the letter contains no reference to settlement discussions or issues, AAJ rejects as baseless the Underwriters' purported designation of the letter as "privileged and confidential for settlement purposes only."

52. The claim and loss do not arise out of governmental imposition of quarantine or restriction or movement.

53. The claim and loss do not arise out of any governmental travel advisory or warning.

54. The claim and loss do not arise out of Swine Flu A or any mutant variation thereof.

55. The claim and loss do not arise out of any threat or fear of any infectious or communicable disease.

56. The Policy, including its exclusions, are to be interpreted in favor of AAJ and against the Underwriters.

## COUNT I
### (Breach of Contract)

57. All of the foregoing paragraphs are incorporated herein by reference.

58. By failing to pay AAJ's claim, the Underwriters have breached the terms of the Policy.

59. Because it has not received the proceeds owing to it under the Policy, AAJ has been damaged in the amount of $1,003,229 as a result of the Underwriters' breach of the Policy.

**WHEREFORE**, Plaintiff American Association for Justice respectfully requests that this Court:

A. Enter judgment in favor of Plaintiff and against Defendants as to Count I of the Complaint in the amount of $1,003,229, plus pre-judgment interest, court costs and post-judgment interest; and

B. Grant Plaintiff such other relief as may be appropriate.

## COUNT II
### (Declaratory Judgment)

60. All of the foregoing paragraphs are incorporated herein by reference.

61. There is a present justiciable controversy between AAJ and the Underwriters concerning AAJ's recovery under the Policy.

**WHEREFORE**, with regard to Count II of the Complaint Plaintiff American Association for Justice respectfully requests that this Court:

A.      Determine and adjudicate the rights and liabilities of Plaintiff and Defendants under the Policy with regard to Plaintiff's claim and in so doing order Defendants to pay Plaintiff's claim in full;

B.      Award Plaintiff costs incurred in connection with this action; and

C.      Grant Plaintiff such other relief as may be appropriate.


Dated:  February 23, 2021

                                            Respectfully submitted,



                                            PAULSON & NACE PLLC

                                            */s/ Christopher T. Nace*
                                            Christopher T. Nace, Bar No. 977865
                                            1025 Thomas Jefferson St., NW
                                            Suite 810
                                            Washington, DC 20007
                                            202-463-1999 – Telephone
                                            202-223-6824 – Facsimile
                                            ctnace@paulsonandnace.com

                                            BALLARD SPAHR LLP
                                            Douglas Y. Christian (pro hac vice to be requested)
                                            Brittany M. Wilson (pro hac vice to be requested)
                                            1735 Market Street
                                            Philadelphia PA 19103
                                            215-864-8404 – Telephone
                                            215-864-9206 – Facsimile
                                            christiand@ballardspahr.com
                                            wilsonb@ballardspahr.com

                                            *Attorneys for Plaintiff American Association for Justice*

**<u>Jury Demand</u>**

Plaintiff, by and through undersigned counsel and pursuant to Rule 38 of the District of

Columbia Rules of Civil Procedure, hereby demands trial by jury of all issues in this matter.


_/s/ Christopher T. Nace_
Christopher T. Nace

# *Exhibit 1*



**ASAE–Endorsed**
**Event Cancellation Insurance Application**

Aon Association Services
1120 20th Street NW, Ste 600
Washington, DC 20036
(800) 432-7465, Fax (202) 429-8584
www.asae-aon.com

**1. INSURED: (Association or Organization holding the Event)**

Name: American Association for Justice

Physical Street Address (Required): 777 6th Street, NW

City: Washington    State: DC    Zip Code: 20001

Phone: (202) 965-3500   Fax: (202) 625-9017   Email: _____   Website: www.justice.org

Are you a member of the American Society of Association Executive? (Not required for Insurance) . . . . . . . . . . ▉ Yes ☐ No

**2. EVENT TO BE INSURED:**

Full Name of Event: AAJ Annual Convention

Facility Name & Address: Washington CC, 801 Mt Vernon Pl NW   City: Washington   State: DC   Zip: 20001

Open Dates of Event: From 07/08/20 To 07/15/20
*If you have multiple events, please complete the supplemental event application

**3. FINANCIAL INFORMATION:**

Budgeted Gross Revenue: $ 3,183,000   Budgeted Expenses: $ 1,613,000   Budgeted Net Income/Loss: $ 1,570,500

Please provide the additional amount of financial commitments (eg. Room Blocks) you would like to insure $ 400,000
NOTE: The policy automatically includes up to 20% above the limit of indemnity for financial commitments.

**4.** Provide the percentage of gross revenue from:

Attendees fee: 80   Exhibitor's fees 10   Sponsorships: 10   Public Gate Receipts: 0
**A copy of the budget is required with the application if the budgeted revenue or expenses exceeds $1,000,000.

**5.** Does the financial information represent the entire gross revenue or expense of the event? . . . . . . . . . . . . . . . . . . . ▉ Yes ☐ No
**6.** Has this event been held before? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▉ Yes ☐ No
**7.** Is coverage for non-appearance of any person required for the event? If yes, provide details . . . . . . . . . . . . . . . ☐ Yes ▉ No
**8.** Is your event going to utilize teleconferencing or satellite communications? If yes, provide details . . . . . . . . . . . ☐ Yes ▉ No
**9.** Is any part of the event to be held outdoors, in a tent, or in a temporary non-permanent structure? . . . . . . . . . . ☐ Yes ▉ No
If yes, provide details.
**10.** Do written contracts exist between you and the facility? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▉ Yes ☐ No
**11.** Have all the necessary arrangements essential to a satisfactory event been made? . . . . . . . . . . . . . . . . . . . . . . . ▉ Yes ☐ No
**12.** Is the facility under construction or major renovation? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ▉ No
**13.** Do you have a contingency plan if your event is delayed or postponed? If yes, provide details . . . . . . . . . . . . . . ☐ Yes ▉ No

**14. FUTURE EVENT INFORMATION (BEYOND THE NEXT 12 MONTHS)**

Has your organization decided where your events will be held in the future beyond what is provided above? . . . . . . . ▉ Yes ☐ No
If yes, provide details so that we may be able to provide an accurate quote in the future for these events.

**15. FUTURE EVENT(S) TO BE INSURED (BEYOND THE NEXT 12 MONTHS)**

Full Name of Event AAJ Annual Convention

Facility Name & Address Hyatt Regency   City: Chicago   State: IL   Zip: 60601

Open Dates of Event: From 07/14/21 To 07/21/21
*If you have multiple future events, please complete the supplemental event application.

**16. FINANCIAL INFORMATION (BEYOND THE NEXT 12 MONTHS):**

Budgeted Gross Revenue: $ 3,183,000   Budgeted Expenses: $ 1,613,000   Budgeted Net Income/Loss: $ 1,570,000

**17. PRIOR CLAIMS & PRE-EXISTING POTENTIAL LOSS**

Are you aware of any circumstances, currently existing or threatened that may possibly result in a claim under this insurance?
If yes, provide details . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ▉ No
NOTE: If you become aware of any such circumstances after completing this application, and before the date insurance for the event
commences, you must disclose the circumstances to the insurers immediately, as this may affect this insurance.

**18.** Have you at any time within the last 5 years had a loss, or circumstances, which could have led to a loss, which
would have been covered by this insurance? If yes, please provide details . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ▉ No

**PLEASE READ AND SIGN BELOW:**

Signing this application and declaration does not bind either the applicant or the underwriter to provide the insurance. In the event there is any material change in
the answers to the questions herein prior to the issuance date of the policy, the application form would be considered inaccurate or incomplete. The applicant will
notify the insurer in writing, and, if necessary, any outstanding quotation may be modified or withdrawn. It is agreed that this application and declaration shall be
attached to and form part of any policy which may subsequently be issued. The undersigned applicant represents that the statements set forth in this application and
its attachments and other materials submitted to the insurer are true and correct.

Name Ave Dacian Eras   Signature _____

Title COO   Date 6/24/19

**All quotations are subject to the receipt and acceptable review of the application and other underwriting information by the underwriter.**

Aon Association Services is the brand name for the brokerage and program administration operations of Affinity Insurance Services, Inc. (TX 13695); (AR 100106022); in CA & MN, AIS Affinity
Insurance Agency, Inc. (CA 0795465); in OK, AIS Affinity Insurance Services, Inc.; in CA, Aon Affinity Insurance Services, Inc. (CA 0G94493), Aon Direct Insurance Administrators and Berkely
Insurance Agency and in NY, AIS Affinity Insurance Agency.

A-12142-0616



**ASAE–Endorsed**
**Event Cancellation Insurance Application**

**Aon Association Services**
1120 20th Street NW, Ste 600
Washington, DC 20036
(800) 432-7465, Fax (202) 429-8584
www.asae-aon.com

## SUPPLEMENTAL INFORMATION (ONLY REQUIRED FOR MULTIPLE EVENTS)




INSURED NAME: American Association for Justice

**ADDITIONAL CURRENT EVENT(S) TO BE INSURED (within the next 12 months):**

1.) Full Name of Event  AAJ Winter Convention

   Name and Address of Facility  Hilton New Orleans Riverside, 2 Poydras

   City New Orleans     State LA     Zip Code 70130     Open Dates of Event: From 02/06/20 To 02/12/20

   Budgeted Gross Revenue: $ 2,090,000     Budgeted Expenses: $ 1,350,000     Budgeted Net Income/Loss: $ 740,000

2.) Full Name of Event _____

   Name and Address of Facility _____

   City _____ State _____ Zip Code _____ Open Dates of Event: From _____ To _____

   Budgeted Gross Revenue: $ _____ Budgeted Expenses: $ _____ Budgeted Net Income/Loss: $ _____

3.) Full Name of Event _____

   Name and Address of Facility _____

   City _____ State _____ Zip Code _____ Open Dates of Event: From _____ To _____

   Budgeted Gross Revenue: $ _____ Budgeted Expenses: $ _____ Budgeted Net Income/Loss: $ _____

**FUTURE EVENT(S) TO BE INSURED (beyond the next 12 months):**

1.) Full Name of Event  AAJ Winter Convention

   Name and Address of Facility  Desert Springs JW Marriott Resort & Spa

   City Palm Springs     State CA     Zip Code _____     Open Dates of Event: From 02/03/21 To 02/10/21

   Budgeted Gross Revenue: $ 2,090,000     Budgeted Expenses: $ 1,350,000     Budgeted Net Income/Loss: $ 740,000

2.) Full Name of Event _____

   Name and Address of Facility _____

   City _____ State _____ Zip Code _____ Open Dates of Event: From _____ To _____

   Budgeted Gross Revenue: $ _____ Budgeted Expenses: $ _____ Budgeted Net Income/Loss: $ _____

3.) Full Name of Event _____

   Name and Address of Facility _____

   City _____ State _____ Zip Code _____ Open Dates of Event: From _____ To _____

   Budgeted Gross Revenue: $ _____ Budgeted Expenses: $ _____ Budgeted Net Income/Loss: $ _____

All quotations are subject to the receipt and acceptable review of the application and other underwriting information by the underwriter.

Aon Association Services is the brand name for the brokerage and program administration operations of Affinity Insurance Services, Inc. (TX 13695); (AR 100106022); in CA & MN, AIS Affinity Insurance Agency, Inc.(CA 0795465); in OK, AIS Affinity Insurance Services, Inc.; in CA, Aon Affinity Insurance Services, Inc.(CA 0G94493), Aon Direct Insurance Administrators and Berkely Insurance Agency; and in NY, AIS Affinity Insurance Agency.

A-12229-716

# Exhibit 2

# SHOWSTOPPERS POLICY DECLARATIONS

This Policy Declarations Page is attached to and forms part of certificate provisions (Form SLC-3 USA).

**Previous No.** NONE                 **Authority Ref. No.** CMCTY1900036        **Certificate No.** CR0314627

**Policy Type:** Showstoppers Policy – Event Cancellation Insurance        Showstoppers Purchasing Group

**Insured:**       American Association for Justice

**Address:**      777 6th St NW #200
                  Washington, DC 20001
**Effective
from:**           07/25/2019  **to:**   07/20/2020

Both days at 12:01am standard time

**Insurance is effective with certain  Percentage 100%**

**UNDERWRITERS AT LLOYD'S, LONDON.**

# DESCRIPTION OF COVERAGES PROVIDED

**Limits of Indemnity:**          **Coverage A:**  $5,273,000
                                  **Coverage B:**  $500,000
                                  **Coverage C:**  $500,000
                                  **Coverage D:**  $100,000 / $50,000
**Perils:**                       All Risk As Per Forms Attached

**Coverage:**                     Event Cancellation **-** As Per Forms Attached

**Special Conditions and Attachments:**
                                  See attached Schedule of Events and Showstoppers Policy Form
                                  See Attached Schedule of Endorsements
**Premium:**        $13,183
**Surplus Lines Tax**: $263.66
**Surplus Lines Fee**: $0.00
**Other Fees**:      $0.00
**RPG Fee:**         $35.00
Service of Suit may be made upon: Mendes and Mount, 750 Seventh Avenue, New York, NY 10019
Dated: 07/29/2019

by *Sharon P. Fine*

Correspondent

# SHOWSTOPPERS INSURANCE - SCHEDULE OF EVENTS

**Named Insured:**   American Association for Justice

The following is a listing of the events and venues covered by this policy.  Changes made after issuance will be endorsed herein.

| Event Name and Venue | Event Cancellation Limit of Indemnity | Event Dates From To |
|---|---|---|
| AAJ Winter Convention<br>Hilton New Orleans Riverside<br>New Orleans, LA | $2,090,000 | 02/06/2020 to 02/12/2020 |
| AAJ Annual Convention<br>Washington Convention Center<br>Washington, DC | $3,183,000 | 07/08/2020 to 07/15/2020 |

## DECLARATIONS - SCHEDULE OF ENDORSEMENTS AND FORMS

**Forms, endorsements and schedules made a part of this policy at inception are those which numbers are entered below:**

**Form #**              **Title**

Endorsement 01 – TRIA Endorsement with TRIA Notice
Endorsement 02 – Full Terrorism with Threat

**Endorsement – TRIA Notice**

ENDORSEMENT NUMBER: 01

Attaching to and forming part of Lloyd's, London Certificate No.: CR0314627
Insured Name: American Association for Justice

It is hereby noted and agreed that:

The attached "Terrorism Risk Insurance Act" form attaches to and forms part of this Insurance.

*All other terms and conditions remain unchanged.*

Additional Premium:            N/A

Return Premium:                N/A

Policy Effective Date:         07/25/2019

Date of Issue:                 07/29/2019

Signature for Company

Affinity Insurance Services, Inc.

By *Sharon P. Fine*

TRIA Notice Endorsement



# POLICYHOLDER DISCLOSURE
# NOTICE OF TERRORISM
# INSURANCE COVERAGE

Coverage for acts of terrorism is already included in the policy (including any quotation for insurance) to which this notice applies. You should know that, under the policy, any losses caused by certified acts of terrorism would be partially reimbursed by the United States under a formula established by federal law. Under this formula, the United States pays 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020; of covered terrorism losses exceeding the statutorily established deductible paid by the insurer providing the coverage. However, your policy may contain other exclusions which might affect your coverage, such as exclusion for nuclear events. The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your premium that is attributable to coverage for certified acts of terrorism as defined under the TRIA - Terrorism Risk Insurance Act is: USD $1,107.33. OPTION **C**.

I ACKNOWLEDGE THAT I HAVE BEEN NOTIFIED THAT UNDER THE TERRORISM RISK INSURANCE ACT OF 2002, AS AMENDED, ANY LOSSES CAUSED BY CERTIFIED ACTS OF TERRORISM UNDER MY POLICY COVERAGE WILL BE PARTIALLY REIMBURSED BY THE UNITED STATES, SUBJECT TO A $100 BILLION CAP THAT MAY REDUCE MY COVERAGE, AND I HAVE BEEN NOTIFIED OF THE AMOUNT OF MY PREMIUM ATTRIBUTABLE TO SUCH COVERAGE.

_____
Policyholder/Applicant's Signature

Anne Doohan Enos
Print Name

7/24/19
Date

_____
Syndicate on behalf of certain
Lloyd's underwriters

American Association for Justice
Assured

CR0314627
Policy Number

LMA9105
12 January 2015
Form approved by Lloyd's Market Association

**Endorsement – Full Terrorism with Threat**

ENDORSEMENT NUMBER 02
Attaching to and forming part of Lloyd's, London Certificate No.: CR0314627
Insured Name: American Association for Justice

It is hereby noted and agreed that:

Exclusion 3 of Section 8 General Exclusions is deleted in its entirety.

Furthermore this insurance does not cover any loss resulting from Terrorism or Threat of Terrorism unless You can demonstrate to Our satisfaction that Your decision to Cancel, Abandon, Curtail or Reschedule was necessary and justifiable and any Enforced Reduced Attendance was unavoidable.

Notwithstanding the foregoing it is understood and agreed that this insurance does not cover any loss, cost or expense directly or indirectly arising out of, contributed to or caused by, or resulting from or in connection with:

(i)    any fear of potential Terrorism.
(ii)   any Terrorism or Threat of Terrorism involving a nuclear weapon or device or the emission, discharge, dispersal, release or escape of any chemical or biological agent.

If We allege that by reason of this exclusion any loss is not covered by this insurance the burden of proving the contrary shall be You.

If any part of this endorsement is found to be invalid or unenforceable, the remainder shall remain in full force and effect.

*All other terms and conditions remain unchanged.*

Additional Premium:          N/A

Return Premium:              N/A

Policy Effective Date:       07/25/2019

Date of Issue:               07/29/2019

Signature for Company

Affinity Insurance Services, Inc.

By *Sharon P. Fine*
Full Terrorism Endorsement



**ASAE–Endorsed**
**Event Cancellation Insurance Application**

Aon Association Services
1120 20th Street NW, Ste 600
Washington, DC 20036
(800) 432-7465, Fax (202) 429-8584
www.asae-aon.com

**1. INSURED: (Association or Organization holding the Event)**

Name: American Association for Justice

asae ENDORSED    AON

Physical Street Address (Required): 777 6th Street, NW

City: Washington    State: DC    Zip Code: 20001

Phone: (202) 965-3500    Fax: (202) 625-9017    Email:    Website: www.justice.org

Are you a member of the American Society of Association Executive? (Not required for Insurance) . . . . . . . . . . ■ Yes ☐ No

**2. EVENT TO BE INSURED:**

Full Name of Event AAJ Annual Convention

Facility Name & Address Washington CC, 801 Mt Vernon Pl NW    City: Washington    State: DC    Zip: 20001

Open Dates of Event: From 07/08/20 To 07/15/20
*If you have multiple events, please complete the supplemental event application

**3. FINANCIAL INFORMATION:**

Budgeted Gross Revenue: $ 3,183,000    Budgeted Expenses: $ 1,613,000    Budgeted Net Income/Loss: $ 1,570,500

Please provide the additional amount of financial commitments (eg. Room Blocks) you would like to insure $ 400,000
NOTE: The policy automatically includes up to 20% above the limit of indemnity for financial commitments.

**4.** Provide the percentage of gross revenue from:

Attendees fee: 80    Exhibitor's fees 10    Sponsorships: 10    Public Gate Receipts: 0
**A copy of the budget is required with the application if the budgeted revenue or expenses exceeds $1,000,000.

**5.** Does the financial information represent the entire gross revenue or expense of the event? . . . . . . . . . . . . . . . . . ■ Yes ☐ No
**6.** Has this event been held before? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ■ Yes ☐ No
**7.** Is coverage for non-appearance of any person required for the event? If yes, provide details . . . . . . . . . . . . . . . . ☐ Yes ■ No
**8.** Is your event going to utilize teleconferencing or satellite communications? If yes, provide details . . . . . . . . . . . ☐ Yes ■ No
**9.** Is any part of the event to be held outdoors, in a tent, or in a temporary non-permanent structure? . . . . . . . . . . . ☐ Yes ■ No
If yes, provide details.
**10.** Do written contracts exist between you and the facility? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ■ Yes ☐ No
**11.** Have all the necessary arrangements essential to a satisfactory event been made? . . . . . . . . . . . . . . . . . . . . . . . ■ Yes ☐ No
**12.** Is the facility under construction or major renovation? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ■ No
**13.** Do you have a contingency plan if your event is delayed or postponed? If yes, provide details . . . . . . . . . . . . . . . ☐ Yes ■ No

**14. FUTURE EVENT INFORMATION (BEYOND THE NEXT 12 MONTHS)**

Has your organization decided where your events will be held in the future beyond what is provided above? . . . . . . . ■ Yes ☐ No
If yes, provide details so that we may be able to provide an accurate quote in the future for these events.

**15. FUTURE EVENT(S) TO BE INSURED (BEYOND THE NEXT 12 MONTHS)**

Full Name of Event AAJ Annual Convention

Facility Name & Address Hyatt Regency    City: Chicago    State: IL    Zip: 60601

Open Dates of Event: From 07/14/21 To 07/21/21
*If you have multiple future events, please complete the supplemental event application

**16. FINANCIAL INFORMATION (BEYOND THE NEXT 12 MONTHS):**

Budgeted Gross Revenue: $ 3,183,000    Budgeted Expenses: $ 1,613,000    Budgeted Net Income/Loss: $ 1,570,000

**17. PRIOR CLAIMS & PRE-EXISTING POTENTIAL LOSS**

Are you aware of any circumstances, currently existing or threatened that may possibly result in a claim under this insurance?
If yes, provide details . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ■ No
NOTE: If you become aware of any such circumstances after completing this application, and before the date insurance for the event
commences, you must disclose the circumstances to the insurers immediately, as this may affect this insurance.

**18.** Have you at any time within the last 5 years had a loss, or circumstances, which could have led to a loss, which
would have been covered by this insurance? If yes, please provide details . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ■ No

**PLEASE READ AND SIGN BELOW:**

Signing this application and declaration does not bind either the applicant or the underwriter to provide the insurance. In the event there is any material change in
the answers to the questions herein prior to the issuance date of the policy, the application form would be considered inaccurate or incomplete. The applicant will
notify the insurer in writing, and, if necessary, any outstanding quotation may be modified or withdrawn. It is agreed that this application and declaration shall be
attached to and form part of any policy which may subsequently be issued. The undersigned applicant represents that the statements set forth in this application and
its attachments and other materials submitted to the insurer are true and correct.

Name Ave Durban Eros    Signature _(signature)_

Title COO    Date 6/24/19

All quotations are subject to the receipt and acceptable review of the application and other underwriting information by the underwriter.

Aon Association Services is the brand name for the brokerage and program administration operations of Affinity Insurance Services, Inc. (TX 13695); (AR 100106022); in CA & MN, AIS Affinity
Insurance Agency, Inc. (CA 0795465); in OK, AIS Affinity Insurance Services, Inc.; in CA, Aon Affinity Insurance Services, Inc. (CA 0G94493), Aon Direct Insurance Administrators and Berkely
Insurance Agency and in NY, AIS Affinity Insurance Agency.

A-12142-0616



**ASAE–Endorsed
Event Cancellation Insurance Application**

Aon Association Services
1120 20ᵗʰ Street NW, Ste 600
Washington, DC  20036
(800) 432-7465, Fax (202) 429-8584
www.asae-aon.com

## SUPPLEMENTAL INFORMATION (ONLY REQUIRED FOR MULTIPLE EVENTS)

 

INSURED NAME: American Association for Justice

**ADDITIONAL CURRENT EVENT(S) TO BE INSURED (within the next 12 months):**

1.) Full Name of Event  AAJ Winter Convention

Name and Address of Facility  Hilton New Orleans Riverside, 2 Poydras

City  New Orleans      State  LA      Zip Code  70130      Open Dates of Event: From  02/06/20  To  02/12/20

Budgeted Gross Revenue: $ 2,090,000      Budgeted Expenses: $ 1,350,000      Budgeted Net Income/Loss: $ 740,000

2.) Full Name of Event _____

Name and Address of Facility _____

City _____      State _____      Zip Code _____      Open Dates of Event: From _____  To _____

Budgeted Gross Revenue: $ _____      Budgeted Expenses: $ _____      Budgeted Net Income/Loss: $ _____

3.) Full Name of Event _____

Name and Address of Facility _____

City _____      State _____      Zip Code _____      Open Dates of Event: From _____  To _____

Budgeted Gross Revenue: $ _____      Budgeted Expenses: $ _____      Budgeted Net Income/Loss: $ _____

**FUTURE EVENT(S) TO BE INSURED (beyond the next 12 months):**

1.) Full Name of Event  AAJ Winter Convention

Name and Address of Facility  Desert Springs JW Marriott Resort & Spa

City  Palm Springs      State  CA      Zip Code _____      Open Dates of Event: From  02/03/21  To  02/10/21

Budgeted Gross Revenue: $ 2,090,000      Budgeted Expenses: $ 1,350,000      Budgeted Net Income/Loss: $ 740,000

2.) Full Name of Event _____

Name and Address of Facility _____

City _____      State _____      Zip Code _____      Open Dates of Event: From _____  To _____

Budgeted Gross Revenue: $ _____      Budgeted Expenses: $ _____      Budgeted Net Income/Loss: $ _____

3.) Full Name of Event _____

Name and Address of Facility _____

City _____      State _____      Zip Code _____      Open Dates of Event: From _____  To _____

Budgeted Gross Revenue: $ _____      Budgeted Expenses: $ _____      Budgeted Net Income/Loss: $ _____

All quotations are subject to the receipt and acceptable review of the application and other underwriting information by the underwriter.

Aon Association Services is the brand name for the brokerage and program administration operations of Affinity Insurance Services, Inc. (TX 13695); (AR 100106022); in CA & MN, AIS Affinity Insurance Agency, Inc.(CA 0795465); in OK, AIS Affinity Insurance Services, Inc.; in CA, Aon Affinity Insurance Services, Inc.(CA 0G94493); Aon Direct Insurance Administrators and Berkely Insurance Agency; and in NY, AIS Affinity Insurance Agency.



**SHOWSTOPPERS TRADE SHOW EVENT CANCELLATION WORDING**

| Several Liability Notice |
| --- |

**The subscribing insurers' obligations under contracts of insurance to which they subscribe are several and not joint and are limited solely to the extent of their individual subscriptions. The subscribing insurers are not responsible for the subscription of any co-subscribing insurer who for any reason does not satisfy all or part of its obligations.**

| Section 1 – Definitions |
| --- |

**You, Your** means the Insured shown in the Declaration Page.

**We, Us, Our** means certain Underwriters at Lloyd's who subscribe to this Insurance.

**Limit of Indemnity** means the limits shown by Section on the Declaration Page.

**Cancellation** means Your inability to open the Event prior to its commencement.

**Abandonment** means Your inability to keep open the Event after its commencement.

**Curtailment** means Your inability to open or keep open the Event for its original published duration or size.

**Rescheduling** means the unavoidable postponement of the Event to another time or the unavoidable relocation of the Event to an alternative location.

**Gross Revenue** means Your total revenue from every source arising out of the Event including, but not limited to, income derived from exhibitor's fees, advance reservations, admissions, advertising revenue, and any income that would have been received in the absence of a loss insured by this insurance.

**Expenses** means the total costs and charges incurred or which would have been incurred by You in organizing, running and providing services for the Event had a loss not occurred.

**Insured Financial Commitments** means written financial undertakings made by You, necessary for the Event, made prior to any incident which could give rise to a claim and which are intended to be discharged by persons other than You.

**Future Marketing Expense** means reasonable additional promotional and marketing expenses necessarily incurred by You and agreed by Us to reduce the effect of adverse publicity on the subsequent Event.

**Enforced Extended Stay** means the inability for You and/or Your staff members to complete the return journey back to the home departure airport as a sole and direct result of a cause not otherwise excluded and beyond the control of You and/or Your staff members.

**Event** means trade show, consumer show, exhibition, fair, conference, convention, meeting, seminar, charity event, auction, gala dinner or other similar events.

**Venue** means the location where the Event is taking place.

**Enforced Reduced Attendance** means the enforced inability of Participants to travel to attend the Event solely and directly as a result of the same specific cause not otherwise excluded hereunder.

**Inception Date** means the date shown in the Declaration Page or the effective date of cover for any Event added by endorsement.

**Deductible** means the amount of each claim payable by You before We pay.  However, no deductible shall apply unless declared on an attached endorsement.

**Participants** means exhibitors, delegates, visitors or attendees.

**Principal Speaker** means the person contracted to appear at the Event whose non-appearance causes the Cancellation, Abandonment, Curtailment or Rescheduling of the Event. Cover for a principal speaker is only applicable if shown in an attached endorsement

**Speaker** means the person contracted to appear at the Event whose participation is not the main purpose of the Event and whose non-appearance would NOT cause the Cancellation, Abandonment, Curtailment or Rescheduling of the Event.

**Terrorism** means an unlawful act, including but not limited to the use of force or violence of any person or group(s) of persons, whether acting alone or on behalf of or in connection with any organization(s) or government(s), committed for political, religious, ideological or similar purposes including the intention to influence any government and/or to put the public, or any section of the public, in fear.

**Threat of Terrorism** means a threat confirmed by local or national governmental authorities or security services as having posed or appeared to pose a real risk of physical loss or damage or bodily injury or death to those attending the Event had it proceeded, whether or not such threat subsequently proves to have been real or hoax.

---

| Section 2. Coverage A - Event Cancellation |
|---|

**Insuring Clause**

Subject to all the terms, conditions, limitations and exclusions stated in this Insurance or of any attached Endorsement.

This insurance indemnifies You for Your Net Loss up to but not exceeding the Limit of Indemnity solely and directly in consequence of:

1. Cancellation, Abandonment, Curtailment or Rescheduling of the Event;

2. Non-appearance of a Principal Speaker (Cover for a principal speaker is only applicable if shown in an attached endorsement);

3. Your failure to vacate the Venue of the Event at the termination of its tenancy;

4. Enforced Reduced Attendance

all due to any unexpected cause beyond Your control and the control of the event organizer, the Participants and any of the sponsors or financial supporters of such parties and any party who performs or would perform any essential function needed for the successful fulfillment of the Event.  Inadequate sales or registrations shall not constitute an unexpected cause.

**Calculation of Net Loss**

Our liability shall not exceed the limit of indemnity stated in the Schedule of Events for each Event and the aggregate limit of indemnity stated in the Declaration Page.

For (1) and (2) above the calculation of Net Loss shall be the greater of either:

A.    loss of incurred Expenses, less all savings of expenditure effected by You and less all Gross Revenue received and retained in excess of return of fees for attendance or space, or,

B.    loss of Gross Revenue including return of fees for attendance or space that would have been received in the absence of the covered loss (whether or not You are contractually obliged to return such fees), less both recoveries made and necessary Expenses not incurred;

For (3) above the calculation of Net Loss shall be both:

A.    Any claim for damages, costs, or compensation which may be substantiated against You by the owners or management of the Venue by reason of Your unavoidable failure to vacate the Venue at the termination of its tenancy; and

B.    Your direct and necessary additional expenses which are incurred by You due to Your unavoidable failure to vacate, and an effort to reduce loss, such direct and necessary additional expenses in excess of $10,000 subject to written specific approval by Us.

For (4) above the calculation of Net Loss shall be:

1.    a reduction in anticipated gate receipts, or return of pre-paid registrations; and/or

2.    a return of fees for attendance or space whether or not You are contractually obliged to return such fees and which You can demonstrate is commercially essential and justifiable, providing such refunds are mutually agreed by Us in writing

providing the amount claimed is solely for Enforced Reduced Attendance and the aggregate of all such losses exceeds the 'Deductible'. However, no 'Deductible' shall apply unless declared on an attached endorsement.

Inadequate sales or reduction in attendance or registrations shall not constitute an unexpected cause unless meeting the requirements detailed within the above.

**Additional Expense and Remedial Action**

We will indemnify You for Your proven Additional Expenses necessarily incurred by You to avoid or diminish a loss under this Insurance, provided that these Additional Expenses are not greater than the loss avoided or diminished or the Limit of Indemnity for each Event.

**Requisition or Confiscation of the Venue**

We will indemnify You for Your Net Loss up to but not exceeding the Limit of Indemnity for each Event, following the Cancellation, Abandonment, Curtailment or Rescheduling of the Event, solely and directly in consequence of the requisition or confiscation of the Venue by local, national or Federal government authorities.

**Extended Cover in addition to the Limit of Indemnity**

**1.  Future Marketing Expense**

We will also indemnify You for Your Future Marketing Expenses following the Cancellation, Abandonment, Curtailment or Rescheduling of the Event, up to a maximum limit of USD 150,000, which is in addition to the Limit of Indemnity for each Event.

**2. Automatic Coverage**

We will indemnify You for Your Net Loss for all indoor Events organized by You within the United States of America and/or Canada during the period of this Insurance but only for Events which neither the total expenses nor gross revenue exceeds USD 125,000.

**3. Financial Commitments**

We will indemnify You for an additional 20% of the Limit of Indemnity for each Event on the policy's Schedule of Events for Insured Financial Commitments.

**4. Emergency Travel Arrangements**

We will indemnify You up to USD 75,000 for the return of Participants back to the Venue should the pre-arranged transportation for the Participants be cancelled for any reason beyond Your control and not otherwise excluded.

**5. Enforced Extended Stay**

We will indemnify You up to a maximum of USD 50,000 for Your reasonable and justifiable additional costs to cover hotel bills and other associated expenses arising as a direct result of Your enforced extended stay and/or the enforced extended stay of Your staff members.

**Exclusions**

1.      This insurance does not cover losses arising directly or indirectly as a result of any one or more of the following events:

   a)  Financial failure of any venture;
   b)  Financial default, insolvency, or the failure to pay, or commit to pay of any person, firm, corporation, whether a party of this insurance or otherwise;
   c)  Government Shutdown that is ordered by any Federal, State, County, City or local Government, regardless of the duration of the Government shutdown;
   d)  The withdrawal of funding (whether full or partial) for any reason by Federal, State, County, City or local Government including, but not limited to, closure, suspension or unavailability of Government operations or sites, or restrictions imposed on Government employees;
   e)  Lack of or inadequate receipts, sales, or profits of any venture;
   f)  Variations in the rate of exchange or stability of any currency;
   g)  Lack of or inadequate response or support by sponsors, financial supporters or exhibitors;
   h)  Lack of or inadequate attendance by delegates, the public or trade visitors.

2.      This Insurance does not cover losses arising directly or indirectly as a result of:

a)      Your failure to:

i) have all necessary preliminary arrangements essential to ensure that a satisfactory Event could be held on the scheduled date.  Preliminary arrangements shall be deemed to be such other arrangements as a prudent organizer would have made bearing in mind the Venue, size, and type of Event and the period of time before the opening date;

ii) ensure all necessary licenses, visas, permits and authorisations are current for the period of this Insurance and that all contractual arrangements have been confirmed in writing;

iii) observe and comply with all the laws, ordinances and regulations, whether Federal, State or local;

b)      circumstances existing or threatened at inception that were known to You prior to the Inception Date as being circumstances that could possibly result in a loss, unless You have advised Us of the fact in writing and We have accepted the particular risk by endorsement attached hereto and any additional premium required has been paid by You;

c)      adverse weather in respects to any Event taking place outdoors, unless covered by Section 5 – Coverage D or; declared to and agreed by Us and coverage endorsed on to this Insurance;

d)      any Event taking place in the open or under canvas or in a temporary structure unless covered by Section 5 – Coverage D or; declared to and agreed to by Us and coverage endorsed on to this Insurance;

e)      teleconferencing or similar picture or data image communication links, or from any part of said Event, unless covered by Section 6 – Coverage E or; declared to and agreed by Us and coverage endorsed on to this Insurance;

f)      non-appearance of any Principal Speaker, except where coverage for non-appearance of a Principal Speaker is endorsed on to this insurance;

g)      any known pre-existing, physical, psychological or medical condition of the Principal Speaker or Speaker unless otherwise agreed in writing by Us and coverage endorsed on to this Insurance;

h)      Expenses and Gross Revenue which have not been declared to and agreed by Us;

i)      a reduction in attendance unless specifically covered by Enforced Reduced Attendance.

j)      disinclination to travel to, attend or proceed with the Event by You, a Principal Speaker, a Speaker, Participants, event organizer(s), the sponsor(s), or financial supporter(s) of such parties;

k)      i) any work being carried out by builders or contractors which renders the Venue unusable in whole or in part, unless such work is unknown to You at the Inception Date;

ii) the inability of the owners, managers or operators of the Venue to obtain all necessary licenses, visas, permits and approvals necessary to allow for the Event to use the Venue, following the work referred to k(i), unless the work is unknown to You at the Inception Date;

l)      National Mourning, declared or otherwise, unless;

i) a Declared state of National Mourning occurs following the death of the President of the United States and

ii) such Declared state of National Mourning first occurs within seven days from the published start date of said Event, or during the published opening dates of said Event.

## Section 3. Coverage B - Property

Subject to all the terms, conditions, limitations and exclusions stated in this Insurance or of any attached Endorsement.

### Insuring Clause

This insurance shall indemnify You for all risks of direct physical loss or damage to property covered occurring during the period of the insurance and subject to the applicable Limit of Indemnity.

### Property Covered

All personal property owned, leased or rented by You while in transit directly to or from the Event or while in use in connection with the Event.

### Property Not Covered

The following property is not covered:

1       Property sold, leased, rented or loaned by You to others after said property leaves Your care, custody, ownership or control;

2       Vehicles licensed for use on the highway unless operated within the confines of the Venue and the subject of or intended for display, exhibition or demonstration at the Event;

3       Money (which, for this section only means cash, bank notes, checks and other negotiable instruments, securities for money and stamps), jewelry, precious stones, and furs, unless such items are the subject intended for display, exhibition or demonstration at the Event.

### Coverage B Exclusions

This insurance does not cover loss or damage caused by or arising from:

1.      Vermin, insects, inherent vice, latent defect, wear, tear or gradual deterioration, but this exclusion shall not apply to loss or damage caused by sprinkler leakage;

2.      Dishonesty by You, or Your employees or others to whom the property may be entrusted or delivered, but this exclusion shall not apply to loss or damage while the property is in the custody of common carriers;

3.   Inventory or stocktaking, shortage or unexplained disappearance or discrepancy;

4.   Processing, renovating, or repairing of property covered or faulty workmanship thereon, but if fire or explosion ensues causing loss or damage to property covered, this exclusion shall not apply;

5.   Electrical or mechanical derangement or breakdown of property covered, but if fire or explosion ensues this exclusion shall not apply to direct loss or damage caused by such fire or explosion to property covered other than the property that has the electrical or mechanical derangement or breakdown;

6.   Loss of use or consequential loss.

---

## Section 4. Coverage C - Money

**Insuring Clause**

This insurance will indemnify You for all risks of direct physical loss of money at the Venue or while directly en route to a bank in the vicinity occurring during the period of this Insurance and subject to the applicable Limit of Indemnity.

**Money** means, for this section only, receipts paid in cash, bank notes, checks and other negotiable instruments at the Event Venue for registration, or tickets for events directly associated with the Event.

**Coverage C Exclusions**

This insurance does not cover:
1)   any loss when the registration desk or place where money is received is closed for business or temporarily unattended unless the money is in a locked safe and all safe keys have been removed;
2)   all claims not advised to Us within seven (7) working days of the date of loss;
3)   theft or dishonesty by any employee or any other person acting on Your behalf;
4)   any loss when outside the Venue unless the money is accompanied by two able bodied persons;
5)   any loss or damage caused by clerical or accounting error or omission or computer error or malfunction;
6)   any loss or damage due to forgery, deception or fraud.

---

## Section 5.  Coverage D - Golf /Sporting Events Cancellation and Hole-In-One

Subject to all the terms, conditions, limitations and exclusions stated in this Insurance or of any attached Endorsement.

**Golf Event Cancellation - Insuring Clause**

This insurance indemnifies You for Your Net Loss up to but not exceeding USD 100,000, solely and directly in consequence of the Cancellation of the Golf Event due to Adverse Weather which is beyond Your control and the control of the Golf Event organizer, the Participants and any of the sponsors or financial supporters of such parties and any party who performs or would perform any essential function needed for the successful fulfilment of the Golf Event.

**Golf Event** means a golf tournament, which is being held by You as part of the Event.

**Adverse Weather for Golf Events** means a minimum of two (2) inches of rain at the golf course where the Golf Event is scheduled to take place, within twenty-four (24) hours of the start of the Golf Event, as verified by the nearest weather station and results in the closure of the golf course on the day of the Golf Event.

## Calculation of Net Loss

Net Loss shall be the greater of either:

(1) the loss of incurred expenses in organizing and running the Golf Event less all savings of expenditure effected by You and the less all Gross Revenue received and retained by You in respect of the Golf Tournament; or

(2) loss of Gross Revenue in respect of Golf Event less all savings of expenditure effected by You and the less all Gross Revenue received and retained by You in respect of the Golf Tournament.

## Conditions

It is a condition that the Golf Event Cancellation Coverage will cease once the first ball is struck.

## Sporting Event Cancellation - Insuring Clause

This insurance indemnifies You for Your Net Loss up to but not exceeding USD 100,000, solely and directly in consequence of the Cancellation of the Sporting Event due to Adverse Weather which is beyond Your control and the control of the Sporting Event organizer, the Participants and any of the sponsors or financial supporters of such parties and any party who performs or would perform any essential function needed for the successful fulfillment of the Sporting Event.

**Sporting Event** means outdoor athletic or recreation event(s), which is being held by You as part of the Event.

**Adverse Weather for Sporting Event(s)** means extreme weather conditions which

a) occur on the day(s) of the Sporting Event and which are deemed by the event organizer to pose a serious threat to the safety of those attending the Sporting Event;
and/or
b) occur during the Policy Period and which result in conditions which the Local Authority consider to pose a serious threat to the safety of those attending the Sporting Event;
and/or
c) occur during the Policy Period and which prevent You or event organizer from undertaking the necessary set up to enable the Sporting Event to proceed due to:
   (i) concern for the safety of those responsible for the necessary set up, or
   (ii) reasons for physical impossibility

## Calculation of Net Loss

Net Loss shall be the greater of either:

(1) the loss of incurred expenses in organizing and running the Sporting Event less all savings of expenditure effected by You and the less all Gross Revenue received and retained by You in respect of the Sporting Event; or

(2) loss of Gross Revenue in respect of the Sporting Event less all savings of expenditure effected by You and the less all Gross Revenue received and retained by You in respect of the Sporting Event.

## Golf Hole-In-One - Insuring Clause

This insurance indemnifies You for Your assumed liability to award the first Participant a prize up to the value of USD 50,000 should they obtain a hole-in-one at any par three hole where You are offering a prize, at the Golf Event.

### Conditions

It is a condition of the Golf Hole In One Coverage that:

1. there are a maximum of two hundred (200) attempts in all across all eligible par three holes, where You are offering a prize, being no more than one (1) attempt per Participant per hole.
2. no practice attempts are allowed by any Participant on any eligible par three (3) hole, where the contest will take place on the day of the Golf Event and where you are offering a prize.
3. no part of any of the eligible par 3 Hole(s) shall be specifically constructed, prepared or altered and no new pin placements can be created outside of where they are normally constructed, in order to facilitate a hole in one.
4. all equipment must conform to P.G.A and / or U.S.G.A specifications as applied to professionals and amateurs respectively.
5. any Participant claiming a prize shall have their card signed by their opponents and the club professional.
6. no par 3 hole, where You are offering a prize, shall be less than 185 yards in length.
7. only attempts made by amateurs are covered under this Insurance.
8. Coverage is for a maximum of one round of golf per Golf Event.

---

## Section 6. Coverage E - Transmission Interruption

---

Subject to all the terms, conditions, limitations and exclusions stated in this Insurance or of any attached Endorsement.

## Transmission Interruption - Insuring Clause

This Insurance is to indemnify You for Your Loss should You be prevented from providing the Transmission solely and directly as a result of the failure or malfunction of any Necessary Facilities during the period of the Insured Event provided that:

(1.1.1) successful testing has been completed;

(1.1.2) all critical equipment has at least one back-up immediately available; and

(1.1.3) the Waiting Period has been exceeded.

This insurance indemnifies You for Your Net Loss up to but not exceeding a limit of USD 100,000.

**Transmission** means the scheduled Video Broadcast, Webinar, Webcast or Internet data stream broadcast including any video conferencing that is due to take place during the period of the Insured Event.

**Necessary Facilities** means the Internet services, computer equipment, communication links, power supply and equipment necessary for the proper fulfillment of the Transmission.

**Waiting Period**: the transmission interruption or malfunction must be for a continuous period exceeding 15 minutes, before a claim may be made under this Insurance.

### Calculation of Net Loss

The calculation of Net loss shall be the greater of either:

Expenses incurred in setting-up, organizing and operating the Transmission less all savings of expenditure effected by You and the less all Gross Revenue received and retained by You in respect of the Transmission; or

Pre-contracted Gross Revenue for registration and access to the Transmission that would have been received in the absence of the covered loss (whether or not You are contractually obliged to return such fees), less both recoveries made and necessary Expenses not incurred;

### Condition Precedent

It is a condition precedent that:

1)    You shall ensure that everything necessary for the proper fulfillment of the Transmission is in place and successfully tested in a prudent period of time before the Transmission is scheduled to begin;

2)    The same or similar Transmission has been held before at this location, without any broadcast interruptions on at least one other occasion;

3)    Such Transmission is being operated by a professionally qualified company who have the required knowledge and experience in setting-up testing and producing transmission broadcasts for the type and scale being used for the Event.

---

## Section 7. Coverage F – Non-Appearance of a Speaker

---

Subject to all the terms, conditions, limitations and exclusions stated in this Insurance or of any attached Endorsement.

### Non-Appearance of a Speaker - Insuring Clause

This insurance indemnifies You for Your Net Loss up to but not exceeding USD 50,000, during the period of this Insurance in respect of the non-appearance of a Speaker at the Event.

The following perils are covered in respect to non-appearance of the Speaker at the Event:

1. Death.
2. Accident or illness which, in the opinion of any independent medical practitioner approved by Us, entirely prevents the Speaker from appearing or continuing to appear in any Event.
3. Unavoidable travel delay as a result of travel arrangements being irrevocably altered, resulting in the inability of the Speaker to be at the arranged Venue(s) or the Event provided always that such travel arrangements shall have been made so as to provide adequate time for arrival prior to the Event.

**Calculation of Net Loss**

This insurance indemnifies You for Your necessary refunds to attendees and/or the non-refundable expenses incurred solely arising out of the non-appearance of the Speaker at the Event up to but not exceeding USD 50,000 in all during the period of this Insurance.

**Conditions**

It is a condition that the Speaker is in good health at the inception of this policy and has been so for a continuous period of 30 days prior thereto.

| Section 8. General Exclusions |
| :---: |

This insurance excludes any loss, damage, cost or expense directly or indirectly arising out of contributed to by or resulting from:

1.  war, invasion, acts of foreign enemies, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, military or usurped power, or nationalization, or destruction of or damage to property by or under the order of any government or public or local authority.

2.  actual or threatened nuclear reaction, nuclear radiation, or radioactive contamination however such nuclear reaction, nuclear radiation, or radioactive contamination, or threat of the same may have been caused.  Nevertheless, if a fire arises directly from nuclear reaction, nuclear radiation, or radioactive contamination any loss or damage arising from that fire shall (subject to the provisions of the insurance) be covered, excluding, however, all loss or damage caused by actual or threatened nuclear reaction, nuclear radiation, or radioactive contamination arising directly or indirectly from that fire.

3.  Terrorism, or Threat of Terrorism, or fear of Terrorism (whether actual or perceived) regardless of any other cause or event contributing concurrently or in any other sequence to the loss.

4.  any action taken in controlling, preventing, suppressing or in any way relating to Terrorism, or threat of Terrorism, or fear of Terrorism thereof. If We allege that by reason of this exclusion, any loss, damage, cost or expense is not covered by this Insurance, the burden of proving the contrary shall be upon You.

5.  actual or threatened malicious use of pathogenic or poisonous biological or chemical materials regardless of any other cause or event contributing concurrently or in any other sequence thereto.

6.  seizure or destruction under quarantine or Customs regulations, nationalization or destruction of or damage to property, by or under the order of any government or public or local authority, or the handling of contraband or the engaging in illicit trade or transportation.

7.  seepage and/or pollution and/or contamination.

8.  any infectious or communicable disease in humans which leads to:

    (i)   any imposition of quarantine or restriction in movement of people by any government authority or national or international body or agency of any government; or
    (ii)  any travel advisory or warning being issued by any government authority or national or international body or agency of any government;
    (iii) Swine Flu A (H1N1) or any mutant variation thereof;

(iv)   any threat or fear of any infectious or communicable disease in humans (which for the avoidance of doubt includes Swine Flu A (H1N1 or any mutation or variation thereof), whether actual or perceived.

If We allege that by reason of this exclusion, any loss is not covered by this insurance the burden of proving the contrary shall be upon You.

---

## Section 9. General Conditions and Warranties

1. Any fraud, misstatement or concealment in the application attached hereto, or in the making of a claim or otherwise howsoever, shall render this insurance void and all claims hereunder shall be forfeited.

2. You shall at all times do and agree to do all things reasonably practicable to avoid or diminish any loss under this Insurance.

3. The due observance and fulfillment of the terms and conditions of this Insurance insofar as they relate to anything to be done or complied with by You, and the truth of the statements and answers in the application, shall be conditions precedent to Our liability to make any payment under this Insurance.

4. No suit shall be brought upon this policy unless You have complied with all the provisions of this policy and had commenced suit within one year after the loss occurs.

5. We reserve the right to pursue an action for recovery from any party, whether before or after payment of a loss, at Our sole discretion and in Your name or otherwise.  In the event of any payment under this insurance, We shall be subrogated to the extent of such payment to all rights of recovery, and You shall execute all papers required and shall do everything that may be necessary to secure such rights.

6. In the event of loss or damage to property covered under this insurance, We shall have the option to take all or any part of said property at the agreed appraised value, in which case You shall take all steps necessary to transfer title to, and perfect title in, Us upon payment to You.

7. If at any time of any loss or damage which is the subject of a claim under this insurance there shall be in existence any other policy of insurance affected by or on Your behalf covering such loss or damage or any part of it, this insurance shall be excess of such other insurance.

8. You shall keep an accurate record containing all relevant information and particulars of the Event to determine loss or damage or premium adjustment and will at any time allow Us or Our representative to inspect or audit such records.

9. This insurance may not be assigned in whole or in part without Our written consent.

10. The premium paid on this Insurance is deemed not to be an expense in assessment of any claim hereunder.

11. This Service of Suit Clause will not read to conflict with nor override Your or Our obligations to arbitrate their disputes in accordance with the arbitration provisions of this policy.

It is agreed that in the event We fail to pay any amount claimed to be due hereunder, at Your request, We will submit to the jurisdiction of a Court of competent jurisdiction within the United States.

Nothing in this clause constitutes or should be understood to constitute a waiver of Our rights to commence an action in any Court of competent jurisdiction in the United States, to remove an action to a United States District Court, or to seek a transfer of a case to another Court as permitted by the laws of the United States or any State in the United States.

It is further agreed that services of process in such suit may be made upon Mendes and Mount, 750 Seventh Avenue, New York, New York 10019 and that in any suit instituted against any one of them upon this Insurance, We will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

Mendes and Mount is authorized and directed to accept service on Our behalf in any such suit and/or upon Your request to give a written undertaking to You that they will enter a general appearance upon Our behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory or district of the United States which makes provision therefore, We hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any law process in any action, suit or proceeding instituted by You or on Your behalf or any beneficiary hereunder arising out of this Insurance, and hereby designate Mendes and Mount as the firm to whom the said officer is authorized to mail such process or a true copy thereof.

12. If there are differences arising out of this Insurance and it is agreed by You and by Us to arbitrate the differences, all differences arising out of this Insurance shall be referred to the decision of an Arbitrator to be appointed in writing by the parties in difference or if they cannot agree upon a single Arbitrator to the decision of two Arbitrators, one to be appointed in writing by each of the parties within 30 days after having been required in writing to do so by either of the parties.   The two Arbitrators shall appoint an Umpire who shall sit with the Arbitrators and preside at their meetings.

If the Arbitrators do not agree within 60 days of their appointment then the Umpire shall make the award within 60 days.

If the parties agree on an Arbitrator the cost will be split equally between the parties.   If the parties cannot agree on a single Arbitrator then each party will be responsible for the cost of the Arbitrator they have selected and will split equally the cost of the Umpire.

13. Your Limit of Indemnity for loss or damage under such coverage is the applicable limit set forth in the Declaration Page.

14. You shall maintain insurance adequate to cover the full value of a total loss of all insured items without allowance for any recoveries or waivers.

15. Any time prior to commencement of the Event You can apply in writing for increased indemnity limits based upon revised financial estimates of expenditures, commitments or income provided that no circumstances which may give rise to a claim have arisen.

16. If the actual total loss value is of greater value than 120% of the Limit of Indemnity insured herein, We shall not be liable for a greater proportion of any loss covered hereunder than the Limit of Indemnity for the insured item bears to the total loss value of the insured items.

17. This insurance cannot be cancelled by either Us or by You except for non-payment of premium in which event We may cancel this insurance upon ten (10) days written notice to You at the last mailing address known by to Us or their agents.

18. Terms of this policy which are in conflict with the statutes of the state wherein this insurance is issued are hereby amended to conform to such statutes.

19. The premium is fully earned at the inception date of this insurance and must be received by Aon Association Services a division of Affinity Insurance Services, Inc., at the time You bind or order coverage.

20. If this insurance is revised to provide additional coverage without additional premium charge, this insurance will automatically provide the same additional coverage as of the day the coverage revision becomes effective.

   If this insurance is revised to provide additional coverage for which additional premium is charged, then at Your discretion, the current insurance can be liberalized for said additional charge.

21. We shall not be deemed to provide coverage and We shall not be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such coverage, payment of such claim or provision of such benefit would expose Us to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

---

**Section 10 – Claims Procedure**

---

It is a condition precedent to Our liability that in the event of any happening or circumstance which could give rise to a claim under this policy, You shall;

a.  report any loss or damage or any circumstance that could result in a claim as a matter of urgency by the most expeditious means to Aon Association Services a division of Affinity Insurance Services, Inc. at 1-800-424-8830 and subsequently confirmed in writing to 1120 20th Street NW, Washington, D.C. 20036.  You shall have the burden of proving Your loss under the insurance.  You agree at all times to provide, without expense to Us, all proofs, certificates, evidence, information or assistance which we may reasonably require.  In the event of loss or damage by theft or dishonesty, immediate notice must also be given by You to the police or other relevant authorities.

b.  Every letter, pleading, or other document in connection with any claim against You must be sent immediately to Us who reserve the right to take over and conduct the defence or settlement of any claim.

   You shall, as often as may be reasonably required, submit to examination under oath on all matters connected with a claim, by any person named by Us at such reasonable time and place as may be designated by Us or Our representatives.

   So far as is in Our power You shall cause Your employees and all other persons interested in the Event, to comply with the foregoing.

   No such examination under oath or examination of books or documents, nor any other of Our acts or that of Our representatives in connection with any investigation hereunder, shall be deemed a waiver of any defence which We might otherwise have. All such examinations and acts shall be deemed to have been made or done without prejudice to Our liability.

As soon as is practicable, You will render a signed and sworn Proof of Loss to Us or Our representative to substantiate the occurrence, nature, cause and amount of loss claimed under this Insurance.

It is understood and agreed that in any claim and/or action, suit or proceeding to enforce a claim for a loss hereunder, the burden of proving the loss shall fall upon You.

We reserve the right, if we so wish, to:

    i.   take such steps as they deem necessary to prevent, mitigate or minimize a loss.

    ii.   take over and conduct the defence or settlement of claims made against You that are covered by this Insurance.

    iii.   pursue all rights or remedies available to You whether or not payment has been made hereunder.

    iv.   require independent medical examination of the Principal Speaker or Speaker who gives rise to a claim hereunder.  Cover for a principal speaker is only applicable if shown in an attached endorsement.

Ed. 11.2018

 

## Showstoppers Event Cancellation Claims Message

In the event of a claim under your Showstoppers Event Cancellation policy we recommend that you maintain a log of phone calls, emails, faxes and notices of attendees/exhibitors/speakers canceling and the reason for their cancellation. You should collect news reports, airport closures, flight delays / cancellations, details of the facts and circumstances to support a loss. The more documentation you can collect, the better.  The burden of proof is on the Named Insured so keeping good documentation to support a loss will help in the claim process. Also note that it is the Insured's responsibility to do due diligence to go on with the event or diminish a loss where possible.

**If you need to report a claim, please provide our office with the following:**

- o   Named Insured

- o   Policy #

- o   Full Description of Claim:   (Example: Our conference had reduced attendance due to the cancellation of flights as a result of…)

- o   Provide the name, phone number and email address of the person we should contact for additional information regarding the claim.

**This claim notice can be sent to our office via e-mail to**
Eileen.hoffman@affinitynonprofits.com or to Seth.fleischer@affinitynonprofits.com **or**
**faxed to (202) 429-8584.**

Upon receipt of a written notification of the claim we will contact the insurance carrier and the claim adjuster. The claim adjuster will contact the Insured directly to obtain additional information such as the supporting evidence for the loss. This may include a two to three year financial history of the event (if available), the event's budget, actual financial information and possibly a request for copies of the event's signed contracts. This is just an example of what may be requested and should not be interpreted as a complete list of requests from the claim adjuster.

Once the loss has been reviewed and approved of by the insurance carrier a "proof of loss" statement is sent to the Insured for signature and a settlement would be sent. The Showstoppers event cancellation coverage is provided to protect the Insured's financial exposure for losses beyond the organizer's control.

Please contact our office if you have any questions at (800) 432-7465 extension 5333.

# *Exhibit 3*

**From:**        Melissa Riley, VP Convention Sales and Services <dcnotification@destinationdc.com>
**Sent:**        Friday, April 17, 2020 5:20 PM
**To:**          Phalen, Colleen
**Subject:**     Update on Walter E. Washington Convention Center

Having trouble viewing this email? View the web version.

Is this e-mail going to your junk/bulk folder? Add Melissa Riley, VP Convention Sales and Services to your address book.



Dear Customers:

Like many convention centers across the country, Washington, DC's Walter E. Washington Convention Center is being prepared to be used as a temporary alternate care site to help alleviate strain on DC's hospital system during the COVID-19 pandemic. Mayor Muriel E. Bowser has stressed that the goal is to be ready, but to not have to use the Walter E. Washington Convention Center in this way.

In coordination with Mayor Bowser's office, the Homeland Security and Emergency Management Agency (HSEMA), the DC Department of Health and Events DC, the Army Corp of Engineers will be responsible for overseeing the construction of the temporary site.

Once operational, the temporary facility will operate on a month-to-month basis until Mayor Bowser and her team determine that the additional capacity is no longer needed to support the COVID-19 efforts. At that time, Events DC will coordinate with the mayor to plan the resumption of its operations.

Since your organization is scheduled to meet in Washington, DC this year, we wanted to provide the latest update. Destination DC will be in touch as soon as possible to discuss potential contingency plans for your meeting.

Thank you,

Melissa A. Riley
Vice President, Convention Sales & Services
Destination DC
Melissa@washington.org

*Linda G. Erickson*

1

Linda G. Erickson
Vice President, Sales
Events DC
lerickson@eventsdc.com

Destination DC
901 7th Street NW | Suite 400 | Washington DC, DC 20001
Toll-Free: 1-800-422-8644 | Phone: 202-789-7000

Please do not reply to this email as we are unable to respond from this address
To ensure continued delivery of this newsletter,
please add **Melissa Riley, VP Convention Sales and Services** to your e-mail address book

If you'd like, you can **unsubscribe** yourself from receiving these types of future mailings. The information contained in this communication may be confidential and/or privileged. It is intended solely for use by the recipient and others intended to receive it. Please review the terms of Destination DC's privacy policy

# *Exhibit 4*

| | |
|---|---|
| **From:** | Erickson, Linda <lerickson@eventsdc.com> |
| **Sent:** | Wednesday, April 29, 2020 5:58 PM |
| **To:** | Phalen, Colleen |
| **Cc:** | Melissa A. Riley |
| **Subject:** | RE: [External] WEWCC cancellation letter update |

Collen, a few corrections to the copy and my notes below~

My best and thanks for your patience,
Linda

**From:** Phalen, Colleen [mailto:colleen.phalen@justice.org]
**Sent:** Wednesday, April 29, 2020 1:14 PM
**To:** Erickson, Linda
**Cc:** Melissa A. Riley
**Subject:** RE: [External] WEWCC cancellation letter update

Hello – following up on below, do you have the letter you can provide? Yes, and our legal team is issuing all of these letters. Unfortunately, they are behind as they are working in sequential order, March 11 – July 31,


Below is a recap to confirm of my phone call with the Walter E. Washington Convention Center.   Myself, Melissa A. Riley Vice President, Convention Sales & Services with Destination DC, and Linda G. Erickson, Vice President, Sales, Events DC were on the call.

Melissa Riley opened the call by stating that she was sure I received her email dated Friday, April 17th regarding the notice of the convention center being converted to an hospital/alternate care facility.  Linda has been working with the contractors on lining up the project and a contract was signed over the weekend.   Melissa Riley stated -Being that your event is in July, we will not be able to execute on the program.   She then handing it over to Linda for an update on the timeline and project scope.

Linda gave an overview per below

- April 20- May 8, 1100 total beds to be built in Hall A - 500
- April 22nd – May 8,  May 23 additional beds to be built in Hall B
- April 30 – ongoing, May 30 additional beds to be built in Hall C
- June 15th would be the first evaluation date.   Should a determination be made that the facility is no longer needed, June 30 would be patient departure
- June 30 would in best-case scenario be the beginning of remediation and decontamination, and this would last for a minimum of 30 days
- July 31 would in best-case scenario conclude the decontamination project

**From:** Erickson, Linda <lerickson@eventsdc.com>
**Sent:** Thursday, April 23, 2020 3:37 PM
**To:** Phalen, Colleen <colleen.phalen@justice.org>
**Cc:** Melissa A. Riley <melissa@washington.org>
**Subject:** WEWCC cancellation letter update

Colleen, since we did not have an executed license agreement with AAJ, who should the cancellation letter be addressed to? Please include exact name and title.

In the interim, please feel free to use this statement if you to contact suppliers:

> "The Walter E. Washington Convention Center, like many other facilities, has been designated for emergency use as a temporary Alternative Care Facility (ACF), meaning that it would be impractical – if not impossible – to hold your event.  As a result, the AAJ Annual July Convention,   July 8 – 14, 2020,  is being cancelled since this is during the time that ACF is in operation."

Best regards,
Linda

---

Linda G. Erickson
Vice President, Sales
Events DC | Sales Division

801 Mount Vernon Place, NW
Washington, DC 20001

O 202-249-3141
M 202-439-7236

lerickson@eventsdc.com
www.eventsDC.com

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

CAUTION: This email originated from outside of Events DC. Do not reply, click on links or open attachments to this email unless you recognize the sender and know that the email is safe.



**Linda G. Erickson**
Vice President, Sales
Events DC | Sales Division

801 Mount Vernon Place, NW
Washington, DC 20001

O 202-249-3141
M 202-439-7236

lerickson@eventsdc.com
www.eventsDC.com



# *Exhibit 5*

**From:** Erickson, Linda <lerickson@eventsdc.com>
**Sent:** Thursday, April 23, 2020 3:37 PM
**To:** Phalen, Colleen
**Cc:** Melissa A. Riley
**Subject:** WEWCC cancellation letter update

Colleen, since we did not have an executed license agreement with AAJ, who should the cancellation letter be addressed to? Please include exact name and title.

In the interim, please feel free to use this statement if you to contact suppliers:

"The Walter E. Washington Convention Center, like many other facilities, has been designated for emergency use as a temporary Alternative Care Facility (ACF), meaning that it would be impractical -- if not impossible -- to hold your event.  As a result, the AAJ Annual July Convention,   July 8 -- 14, 2020,  is being cancelled since this is during the time that ACF is in operation."

Best regards,
Linda



**Linda G. Erickson**
Vice President, Sales
Events DC | Sales Division

801 Mount Vernon Place, NW
Washington, DC 20001

O 202-249-3141
M 202-439-7236

lerickson@eventsdc.com
www.eventsDC.com



# *Exhibit 6*

# Ballard Spahr
LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Douglas Y. Christian
Tel: 215.864.8404
Fax: 215.864.9206
christiand@ballardspahr.com

April 21, 2020

*Via E-mail (Eileen.hoffman@affinitynonprofits.com)*

Ms. Eileen Hoffman
Affinity Insurance Services, Inc.
1120 20th Street N.W.
Washington, DC  20036

Re:    Insured:  American Association for Justice ("AAJ")
       Authority Ref. No.: CMCTY190036; Certificate No. CR0314627
       <u>Nature of Claim: Cancellation of Annual Convention 7/8-15/20</u>

Dear Ms. Hoffman:

Please let this serve as AAJ's notice of claim under the above referenced policy for all recoveries available under the policy, including but not limited to Net Loss, Additional Expense and Extended Cover, in consequence of cancellation of AAJ's Annual Convention due to unexpected cause beyond AAJ's control: requisition by local authority of the event venue, the Walter E. Washington Convention Center in Washington, District of Columbia.

On April 17, 2020, AAJ received the following email message from Melissa Reilly, VP Convention Sales and Services, Destination DC, the organization that manages the venue:

> Dear Customers:
>
> Like many convention centers across the country, Washington, DC's Walter E. Washington Convention Center is being prepared to be used as a temporary alternate care site to help alleviate strain on DC's hospital system during the COVID-19 pandemic. Mayor Muriel E. Bowser has stressed that the goal is to be ready, but to not have to use the Walter E. Washington Convention Center in this way.
>
> In coordination with Mayor Bowser's office, the Homeland Security and Emergency Management Agency (HSEMA), the DC Department of Health and Events DC, the Army Corp of Engineers will be responsible for overseeing the construction of the temporary site.

Ms. Eileen Hoffman
April 21, 2020
Page 2

Once operational, the temporary facility will operate on a month-to-month basis until Mayor Bowser and her team determine that the additional capacity is no longer needed to support the COVID-19 efforts. At that time, Events DC will coordinate with the mayor to plan the resumption of its operations.

Since your organization is scheduled to meet in Washington, DC this year, we wanted to provide the latest update. Destination DC will be in touch as soon as possible to discuss potential contingency plans for your meeting.

An April 19, 2020 announcement from Washington's Mayor stated, in pertinent part:

In coordination with the Bowser Administration, the U.S. Army Corps of Engineers, Baltimore District, has issued a design/build contract to Hensel Phelps Construction Co., to convert the Walter E. Washington Convention Center into an alternate care facility to support the District's response to coronavirus (COVID-19).

"While our goal is to never use the Convention Center, we must have the capacity to support a potential increase in COVID-19 patients," said Mayor Bowser. "We thank the Army Corps, FEMA, and Events DC for their continued partnership during this public health emergency."

Through a phased construction approach, 500 beds will be set up by the first week in May with the remaining 1,000 beds completed by the end of May. The plan converts the Convention Center's three halls, approximately 473,000 square feet, into a facility to treat low-acuity patients. Low-acuity patients are non-ICU patients that do not require a ventilator.

The full announcement is available at:
https://webcache.googleusercontent.com/search?q=cache:y9aRks0qwhkJ:https://mayor.dc.gov/release/bowser-administration-us-army-corps-announce-set-dc-convention-center-alternate-care+&cd=1&hl=en&ct=clnk&gl=us.

According to a Pentagon contract announcement on April 17, 2020:

Hensel Phelps Construction Co., Tysons Corner, Virginia, was awarded an $18,600,000 firm-fixed-price contract for an alternate care facility at Walter E. Washington Convention Center in Washington, District of Columbia. Bids were solicited via the internet with one received. Work will be performed in Washington, District of Columbia, with an estimated completion date of May 30, 2020. Fiscal 2020 FEMA funds in the amount of $18,600,000 were

Ms. Eileen Hoffman
April 21, 2020
Page 3

obligated at the time of the award. U.S. Army Corps of Engineers, Baltimore,
Maryland, is the contracting activity (W912DR-20-C-0021).

https://www.defense.gov/Newsroom/Contracts/Contract/Article/2153211/.

In a telephone call on April 21, 2020, Ms. Reilly and Linda Erickson of Destination DC
officially informed Colleen Phalen, AAJ's Chief Creative Officer, that the AAJ event
scheduled for July 2020 could not be held at the Convention Center because the best case
timetable for returning the Convention Center to its use for events will be July 31, 2020 at
the earliest.  Ms. Phalen was informed that that timetable assumed the shortest possible
periods of use as an alternate care facility and then decontamination.

For additional information regarding AAJ's claim, please contact:

Anjali Jesseramsing, Esq.
General Counsel
anji.jesseramsing@justice.org
202-944-2822; 202-276-3488

Please confirm receipt of this notice by way of email to Ms. Jesseramsing and me.  Thank
you.

Very truly yours,

Douglas Y. Christian

Douglas Y. Christian

DYC/lac

DMEAST #40816882 v1.docx

*Exhibit 7*



July 21, 2020

**COVERAGE DETERMINATION LETTER**
**SENT VIA EMAIL DELIVERY to Anji.Jesseramsing@justice.org**

American Association for Justice
777 6th St. NW #200
Washington, DC,  20001

Attention:    Anjali Jesseramsing

| | | |
|---|---|---|
| Insured | : | American Association for Justice |
| Type of Loss | : | Event Cancellation |
| Dates of Loss | : | July 8-15, 2020 |
| Your Reference | : | CR0314627 |
| Our Reference | : | M20-04-2469 |

Dear Anjali Jesseramsing,

We represent the Interested Underwriters subscribing to the Lloyd's of London Showstoppers Event Cancellation Insurance Policy Number CR0314627 written in the name of American Association for Justice commencing on July 25, 2019 and expiring on July 20, 2020.

The Insured Event is American Association for Justice scheduled to be held at Washington Convention Center in Washington, DC, Washington, DC on July 8-15, 2020. The Limit of Indemnity for the Insured Event is $3,183,000 representing Gross Revenue and subject to a Deductible of NIL.

You submitted a notice of a claim on April 21, 2020. You advised that the: "cancellation of AAJ's Annual Convention due to unexpected cause beyond AAJ's control: requisition by local authority of the event venue, the Walter E. Washington Convention Center in Washington, District of Columbia." (in response to the Coronavirus communicable disease outbreak). As a result, the management team at AAJ, CEO Linda Lipsen, COO Anne Doohan, Chief Creative Officer Colleen Phalen and yourself determined it would be impossible to proceed with the event.

As explained further below, Underwriters respectfully deny coverage for this claim.

PRE/\\IER

**Policy**

Underwriters at Lloyd's of London issued Showstoppers Event Cancellation Insurance Policy Number CR0314627 to American Association for Justice ("Insured" "You" "Your") effective for a period beginning July 25, 2019 and expiring July 20, 2020.

American Association for Justice was scheduled to be held at the Washington Convention Center in Washington, DC on July 8-15, 2020 ("Event Dates"). The Total Limit of Indemnity is $3,183,000 and subject to a deductible of NIL. The Event Cancellation Basis of Cover is Gross Revenue.

**Investigation and Declination of Coverage**

In the course of our investigation, we determined the novel Coronavirus (COVID-19) communicable disease outbreak began in China in December 2019 and spread to additional countries throughout the world in the first quarter of 2020. On January 30, 2020, the World Health Organization (WHO) declared the outbreak a "Public Health Emergency of International Concern" (PHEIC). On March 11, 2020, the World Health Organization upgraded the outbreak status to a "Pandemic."

On March 12, 2020, The U.S. Center for Disease Control and Prevention (CDC) issued a Recommendation, noting that "minimal to moderate" mitigation activities include the cancelling of large gatherings, defined as over 250 people, "though threshold is at the discretion of the community." The Recommendation included "Considerations for Postponing or Cancelling Mass Gatherings" which asked organizers to consider the number of people attending who are at greater risk of more serious illness after contracting COVID-19, and the density of attendees within a confined area.

On March 15, 2020, the CDC recommended that organizers "cancel or postpone in-person events that consist of 50 people or more throughout the United States" for the next eight weeks (through May 10, 2020). The CDC also recommended that gatherings of any size be reconsidered unless organizers could protect vulnerable people and ensure proper hand hygiene and social distancing. The CDC provided further guidance on March 16, 2020, which included the recommendation that "individuals and organizations should cancel or postpone in-person events that consist of 10 people or more throughout the U.S."

On March 13, 2020, following recommendations from the CDC to reduce the spread of COVID-19, the District of Columbia Department of Health issued an Executive Order banning events with over 250 people for 120 days, expiring on July 11, 2020. [1] On April 20, 2020, the Washington Convention Center was transformed into a temporary hospital to treat Coronavirus patients. [2]

---

[1] https://coronavirus.dc.gov/sites/default/files/dc/sites/coronavirus/release_content/attachments/DOH_Rulemaking_Mass-Gatherings.pdf

[2] https://www.bizjournals.com/washington/news/2020/04/20/part-of-washington-convention-center-to-become.html

PRE＾IER

From the information we received, You cancelled your American Association for Justice due to the event venue, Washington Convention Center, being turned into a temporary hospital due communicable disease (Coronavirus / COVID-19). Based upon the information submitted to date, Underwriters have determined the Policy does not afford coverage for this loss.

The captioned Policy is subject to coverage, exclusions, terms and conditions including, but not limited to, the following set forth below. This is not meant to be a complete recitation of all policy terms and conditions.  We refer you to a complete copy of the Policy for all terms and conditions. Nothing contained herein waives any rights or defenses pertaining to any of the portions of the policy not quoted herein.

| Section 1 - Definitions |
| --- |

*Cancellation* means *Your inability to open the Event prior to its commencement.*

*Gross Revenue* means *Your total revenue from every source arising out of the Event including, but not limited to, income derived from exhibitor's fees, advance reservations, admissions, advertising revenue, and any income that would have been received in the absence of a loss insured by this insurance.*

*Participants* means *exhibitors, delegates, visitors or attendees.*

| Section 2. Coverage A – Event Cancellation |
| --- |

*Insuring Clause*

*Subject to all the terms, conditions, limitations and exclusions stated in this Insurance or of any attached Endorsement.*

*This insurance indemnifies You for Your Net Loss up to but not exceeding the Limit of Indemnity solely and directly in consequence of:*

1. *Cancellation, Abandonment, Curtailment or Rescheduling of the Event;*

*all due to any unexpected cause beyond Your control and the control of the event organizer, the Participants and any of the sponsors or financial supporters of such parties and any party who performs or would perform any essential function needed for the successful fulfillment of the Event. Inadequate sales or registrations shall not constitute an unexpected cause.*

*Calculation of Net Loss*

*Our liability shall not exceed the limit of indemnity stated in the Schedule of Events for each Event and the aggregate limit of indemnity stated in the Declaration Page.*

PRE∧IER

*For (1) and (2) above the calculation of Net Loss shall be the greater of either:*

A. *loss of incurred Expenses, less all savings of expenditure effected by You and less all Gross Revenue received and retained in excess of return of fees for attendance or space, or,*

B. *loss of Gross Revenue including return of fees for attendance or space that would have been received in the absence of the covered loss (whether or not You are contractually obliged to return such fees), less both recoveries made and necessary Expenses not incurred;*

*Exclusions*

---

**Section 8. General Exclusions**

---

*This insurance excludes any loss, damage, cost or expense directly or indirectly arising out of contributed to by or resulting from:*

8) *any infectious or communicable disease in humans which leads to:*
   (i) *any imposition of quarantine or restriction in movement of people by any government authority or national or international body or agency of any government; or*
   (ii) *any travel advisory or warning being issued by any government authority or national or international body or agency of any government;*
   (iii) *Swine Flu A (H1N1) or any mutant variation thereof;*
   (iv) *any threat or fear of any infectious or communicable disease in humans (which for the avoidance of doubt includes Swine Flu A (H1N1 or any mutation or variation thereof), whether actual or perceived.*

*If We allege that by reason of this exclusion, any loss is not covered by this insurance the burden of proving the contrary shall be upon You.*

\*\*\*\*\*

**Conclusion**

Based on the facts of this matter as reported, when compared to the insuring agreement, exclusions, terms and conditions of the Policy, coverage for this claim is excluded by General Exclusion 8. The Event Cancellation was caused by communicable disease (Coronavirus/COVID-19) which led to the event venue being transformed into a temporary hospital.

On March 12, 2020 the CDC issued a Recommendation that gatherings of 250 people or more be cancelled due to COVID-19. The CDC issued a Further Recommendation on March 15, 2020, advising that events of 50 people or more be cancelled or postponed. On April 20, 2020, the Washington Convention Center was transformed into a temporary hospital to treat Coronavirus patients. As such, General Exclusion 8(i) and 8(ii) apply to exclude coverage for this claim.

PRE/\/\IER

Underwriters' reasons for denying Your claim as stated in this correspondence, while comprehensive is not necessarily exhaustive, or complete. Underwriters specifically reserves their rights to supplement, modify or change its reasons for limiting, or denying coverage under any terms conditions, or provisions of the policies as issued regardless of whether those provisions or reasons are now known, or stated herein.

This letter is not intended to be, nor shall it be construed as, a waiver by Underwriters of any of the terms or conditions of the subject Policy. Furthermore, this letter is not intended to be, nor shall it be construed as, a waiver of any rights or defenses Underwriters have, or may have, whether those rights or defenses are based upon facts now known or to become known in the future, and whether legal or equitable in nature. Lastly, this letter is not intended to be, nor shall it be construed as, an admission of liability by Underwriters to any person or entity.

Underwriters' position is based upon information and materials known to Underwriters and is not intended as an exhaustive recitation of all of the provisions of the Policy that might apply. Underwriters specifically reserve the right to amend or supplement the position taken in this letter based upon information not yet provided to or developed by Underwriters. All rights in connection with this loss are expressly reserved, whether asserted herein or not.

This determination has been made in good faith and without prejudice under the terms and conditions of the Policy, whether or not specifically mentioned herein. Should You have any information that would prove contrary to these findings, please submit it to us.

If You possess knowledge of facts or legal authorities which You believe would be controlling of coverage issues, or if You have any other information which You believe is relevant to the determination of coverage issues presented by this matter, please provide it to us at Your earliest convenience. When, and if, this information is provided, Underwriters will review their coverage position. This letter and Premier's investigation and/or handling of this matter, including any person's actions on Underwriters' behalf, are not to be construed as a waiver of any rights or defenses now or hereafter to Underwriters, nor as a waiver of any other person's, including any insured's, obligation under any insurance afforded by Underwriters.

Underwriters are committed to the prompt and fair handling of all claims. If You believe that our position is incorrect or constitutes a wrongful reservation of rights, denial or rejection of this claim, You may have the matter reviewed by the District of Columbia Department of Insurance by writing to the Department at this address:

**Department of Insurance**
**1050 First Street, NE, 801**
**Washington, DC 20002**

You may also call (202) 727-8000 or may submit the complaint request for review electronically to that section's complaint link for insurance complaints, currently found at: **https://disb.dc.gov**

Should You have any questions regarding Underwriters' position as set forth in this letter, please do not hesitate to contact the undersigned.

PREMIER

Thank you for your assistance in this matter.

Best regards,
**Premier Insurance Services, LLC**

**Peter A. Tocicki**
*Vice President*
*Executive General Adjuster*


**Phone:**  215-828-3589
**E-mail:**  peter@premierinservices.com

# *Exhibit 8*

**PRIVILEGED AND CONFIDENTIAL**
**FOR SETTLEMENT PURPOSES ONLY**

December 8, 2020

*Via Email Only*

Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Attention:    Douglas Y. Christian, Esq.
              *christiand@ballardspahr.com*

              Re:    **Insured:**          **American Association for Justice**
                     **Type of Loss:**      **Event Cancellation**
                     **Dates of Event:**    **July 8-15, 2020**
                     **Policy Number:**      **CR0314627**

Dear Mr. Christian,

We write on behalf of Certain Interested Underwriters at Lloyd's of London ("Underwriters") subscribing to Showstoppers Event Cancellation Insurance Policy Number CR0314627 ("Policy") issued to the American Association for Justice ("Insured").

In an effort to address your client's concerns regarding Underwriters' coverage determination, Underwriters invited any further information which would affect its determination that coverage for this claim has not been triggered, including with respect to the trigger of coverage pursuant to requisition as raised in your prior correspondence, and that this claim is excluded from coverage based upon the Communicable Disease exclusion. While Underwriters understand that your client disagrees with the determination, your correspondence of November 20, 2020, has not provided a legal or factual basis for Underwriters to reach a different coverage position.

Based on the October 1, 2020 email from Reginald Smith, counsel at Walter E. Washington Convention Center, it is clear that there was not a requisition of the Convention Center. As we understand this matter, events DC received no directive to deploy the alternate care site at the convention center. Further, the space in the building which was utilized was designated for non-event use. It cannot be reasonably concluded, therefore, that the circumstances here constitute a

 

**VOGRIN & FRIMET, LLP**

Douglas Y. Christian, Esq.
December 8, 2020
Page 2

governmental taking of property which is required for a requisition.  In any event, the cause for the alternate use of portions of the Convention Center was the COVID-19 pandemic. Therefore, coverage is not triggered under the Policy regarding requisition.

You have expressed the position that a requisition of the Conference Center would include requests as well as demands.  While this is legally inaccurate, we reiterate our request to be provided with copies of any orders, demands, directives, or requests from the relevant authorities which have not yet been provided to Underwriters.  However, even if a requisition of the venue had occurred, it remains clear that the Communicable Disease exclusion acts to bar coverage for this claim.

The proximate cause of your client's loss was the COVID-19 pandemic which led to, amongst other things, restrictions on gathering. This, in turn, led to the Convention Center's unavailability. While there was an option to purchase a coverage extension for loss associated with Cancellation as the result of Communicable Disease, your client declined to do so. As such, the Policy does not afford coverage for this claim given the Policy's Communicable Disease exclusion.

This letter is not intended to be, nor shall it be construed as, a waiver by Underwriters of any of the terms or conditions of the subject Policy.  All rights in connection with this loss are expressly reserved, whether asserted herein or not. Furthermore, this letter is not intended to be, nor shall it be construed as, a waiver of any rights or defenses Underwriters have, or may have, whether those rights or defenses are based upon facts now known or to become known in the future, and whether legal or equitable in nature.  Lastly, this letter is not intended to be, nor shall it be construed as, an admission of liability by Underwriters to any person or entity.

Should you have any questions or concerns, please feel free to contact the undersigned directly.

Very truly yours,

**VOGRIN & FRIMET, LLP**

Michael J. Frimet

MJF/da

CC:    *Via Email Only*

Peter A. Tocicki
Premier Insurance Services, LLC
*peter@premierinservices.com*

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

AMERICAN ASSOCIATION FOR JUSTICE
_____
                                                    Plaintiff

vs.                                                                              Case Number  __2021 CA 000551 V__

CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO SHOWSTOPPERS POLICY (CERTIFICATE NO. CF0314637 SPECLP)
_____
Serve: c/o Mendes & Mount  LLP                  Defendant
       750 Seventh Avenue
       New York, NY 10019                        **SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Christopher T. Nace
_____
Name of Plaintiff's Attorney

1025 Thomas Jefferson St. NW Ste 810                    Clerk of the Court
_____
Address                                                 By _____
Washington, DC 20007                                                         Deputy Clerk

(202) 463-1999                                          **02/24/2021**
_____
Telephone                                               Date _____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주십시오.     የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                            Demandante

      contra

                                              Número de Caso: _____

_____
                            Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                    *SECRETARIO DEL TRIBUNAL*
_____
Nombre del abogado del Demandante

_____          Por: _____
Dirección                                                              Subsecretario

_____          Fecha _____

Teléfono
如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 연락하십시오           የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                                    Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

## CIVIL DIVISION- CIVIL ACTIONS BRANCH
## INFORMATION SHEET

AMERICAN ASSOCIATION FOR JUSTICE

Case Number: __2021 CA 000551 V__

vs

Date: _____

CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO SHOWSTOPPERS POLICY CERTIFIC

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)*<br>Christopher T. Nace, Esq. | Relationship to Lawsuit |
| Firm Name:<br>Paulson & Nace, PLLC | ☒ Attorney for Plaintiff |
| Telephone No.:          Six digit Unified Bar No.:<br>202-463-1999                          977865 | ☐ Self (Pro Se)<br>☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury          ☒ 6 Person Jury          ☐ 12 Person Jury

Demand: $ 1,003,229                                 Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____ Judge: _____ Calendar #:_____

Case No.:_____ Judge: _____ Calendar#:_____

---

**NATURE OF SUIT:**      *(Check One Box Only)*

### A. CONTRACTS                                    COLLECTION CASES

☒ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation
          Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation
          Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
          Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation
          Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation
          Under $25,000 Consent Denied

### B. PROPERTY TORTS

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass

### C. PERSONAL TORTS

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☒ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile,
          Not Malpractice)

☐ 17 Personal Injury- (Not Automobile,
          Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE          IF USED

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☒ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

/s/ Christopher T. Nace
_____
Attorney's Signature

_____
Date

CV-496/ June 2015