**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICAN ASSOCIATION FOR JUSTICE** <br> *Plaintiff*, <br><br> **v.** <br><br> **CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO SHOWSTOPPERS POLICY CERTIFICATE NO. CR0314627, SPECIFICALLY SYNDICATES 2623, 0623, 033, AND 4141** <br> *Defendants*. | Case No. 1:21-cv-00847-JDB |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO VACATE CASE MANAGEMENT DEADLINES**

Plaintiff American Association for Justice ("AAJ") and Defendants Certain Underwriters at Lloyd's London Subscribing to Showstoppers Policy Certification No. CR0214627 ("Underwriters") jointly wish to inform the Court that the parties have reached a settlement in principle of the above-captioned action. The parties are in the process of drafting a settlement agreement to reflect the final terms, which the parties will finalize in the next thirty (30) days. The parties jointly request that the Court vacate the current scheduling order and all other upcoming hearings and deadlines, and hold in abeyance all pending motions. AAJ will file a dismissal with prejudice of this matter upon the completion of the settlement process.

Respectfully submitted, this 1st day of December, 2021.

*[Signatures on following pages]*

TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/ Thomas S. Hay*
Thomas S. Hay (DC Bar No. 999895)
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
(404) 885-3000 (telephone)
(404) 885-3900 (facsimile)
thomas.hay@troutman.com

Anthony J. Biraglia (DC Bar No. 888273434)
Troutman Pepper Hamilton Sanders LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
202-274-2894 (telephone)
202-274-2994 (facsimile)
anthony.biraglia@troutman.com

Kevin F. Kieffer (admitted *pro hac vice*)
Troutman Pepper Hamilton Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
(949) 622-2708 (telephone)
(949) 622-2739 (facsimile)
kevin.kieffer@troutman.com

*Counsel for Defendants*

PAULSON & NACE PLLC

*/s/ Christopher T. Nace*
Christopher T. Nace, Bar No. 977865
Paulson & Nace PLLC
1025 Thomas Jefferson St., NW, Suite 810
Washington, DC 20007
(202) 463-1999 (telephone)
(202-223-6824 (facsimile)
ctnace@paulsonandnace.com

Douglas Y. Christian (admitted *pro hac vice*)
Brittany M. Wilson (admitted *pro hac vice*)
Ballard Spahr LLP
1735 Market Street
Philadelphia, PA 19103
215-864-8404 (telephone)
215-864-9206 (facsimile)
christiand@ballardspahr.com
wilsonbm@ballardspahr.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2021, a copy of the foregoing Notice of Settlement in Principle and Request to Vacate Case Management Deadlines was filed electronically through the Court's CM/ECF System on the following:

Christopher T. Nace, Bar No. 977865
Paulson & Nace PLLC
1025 Thomas Jefferson St., NW, Suite 810
Washington, DC 20007
(202) 463-1999 (telephone)
(202-223-6824 (facsimile)
ctnace@paulsonandnace.com

Douglas Y. Christian
Brittany M. Wilson
Ballard Spahr LLP
1735 Market Street
Philadelphia, PA 19103
215-864-8404 (telephone)
215-864-9206 (facsimile)
christiand@ballardspahr.com
wilsonbm@ballardspahr.com

This 1st day of December, 2021.

> */s/ Thomas S. Hay*
> Thomas S. Hay (DC Bar No. 999895)
> Troutman Pepper Hamilton Sanders LLP
> 600 Peachtree Street, N.E., Suite 3000
> Atlanta, GA 30308
> (404) 885-3000 (telephone)
> (404) 885-3900 (facsimile)
> thomas.hay@troutman.com
>
> *Counsel for Defendants*