**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICAN ASSOCIATION FOR JUSTICE** | ) |
| *Plaintiff,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CERTAIN UNDERWRITERS AT LLOYD'S** | ) Case No. 1:21-cv-00847-JDB |
| **LONDON SUBSCRIBING TO** | ) |
| **SHOWSTOPPERS POLICY CERTIFICATE** | ) |
| **NO. CR0314627, SPECIFICALLY** | ) |
| **SYNDICATES 2623, 0623, 033, AND 4141** | ) |
| *Defendants.* | ) |
| | ) |
| | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's December 1, 2021 Order, Plaintiff American Association for Justice ("AAJ") and Defendants Certain Underwriters at Lloyd's London Subscribing to Showstoppers Policy Certification No. CR0214627 ("Underwriters") jointly notify the Court that the parties have executed a settlement agreement and release that fully and finally resolves this dispute. Underwriters are processing the settlement payment and will issue the payment to Plaintiff by January 12, 2022. Upon receipt of the settlement payment, AAJ will file a notice of dismissal of this matter with prejudice within two business days.

Respectfully submitted, this 4th day of January, 2022.

TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/ Thomas S. Hay*
Thomas S. Hay (DC Bar No. 999895)
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
(404) 885-3000 (telephone)
(404) 885-3900 (facsimile)
thomas.hay@troutman.com

Anthony J. Biraglia (DC Bar No. 888273434)
Troutman Pepper Hamilton Sanders LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
202-274-2894 (telephone)
202-274-2994 (facsimile)
anthony.biraglia@troutman.com

Kevin F. Kieffer (admitted *pro hac vice*)
Troutman Pepper Hamilton Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
(949) 622-2708 (telephone)
(949) 622-2739 (facsimile)
kevin.kieffer@troutman.com

*Counsel for Defendants*

PAULSON & NACE PLLC

*/s/ Christopher T. Nace*
Christopher T. Nace, Bar No. 977865
Paulson & Nace PLLC
1025 Thomas Jefferson St., NW, Suite 810
Washington, DC 20007
(202) 463-1999 (telephone)
(202-223-6824 (facsimile)
ctnace@paulsonandnace.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, a copy of the foregoing Joint Status Report was filed electronically through the Court's CM/ECF System on the following:

Christopher T. Nace, Bar No. 977865
Paulson & Nace PLLC
1025 Thomas Jefferson St., NW, Suite 810
Washington, DC 20007
(202) 463-1999 (telephone)
(202)-223-6824 (facsimile)
ctnace@paulsonandnace.com

Douglas Y. Christian
Brittany M. Wilson
Ballard Spahr LLP
1735 Market Street
Philadelphia, PA 19103
215-864-8404 (telephone)
215-864-9206 (facsimile)
christiand@ballardspahr.com
wilsonbm@ballardspahr.com

This 4th day of January, 2022.

*/s/ Thomas S. Hay*
Thomas S. Hay (DC Bar No. 999895)
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
(404) 885-3000 (telephone)
(404) 885-3900 (facsimile)
thomas.hay@troutman.com

*Counsel for Defendants*