IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION FOR JUSTICE )<br> )<br>*Plaintiff*, )<br> )<br>v. )<br> )<br>CERTAIN UNDERWRITERS AT LLOYD'S )<br>LONDON SUBSCRIBING TO )<br>SHOWSTOPPERS POLICY CERTIFICATE )<br>NO. CR0314627, SPECIFICALLY )<br>SYNDICATES 2623, 0623, 033, AND 4141 )<br> )<br>*Defendants*. ) | Case No. 1:21-cv-00847-JDB |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate to the Dismissal with Prejudice of this action against all parties, with each party to bear its own attorney's fees and costs.

Respectfully submitted, this 11th day of January, 2022.

| PAULSON & NACE PLLC | TROUTMAN PEPPER HAMILTON SANDERS LLP |
|---|---|
| */s/ Christopher T. Nace*<br>Christopher T. Nace (DC Bar No. 977865)<br>1025 Thomas Jefferson St., NW, Suite 810<br>Washington, DC 20007<br>(202) 463-1999 (telephone)<br>(202-223-6824 (facsimile)<br>ctnace@paulsonandnace.com<br>*Counsel for Plaintiff* | */s/ Thomas S. Hay*<br>Thomas S. Hay (DC Bar No. 999895)<br>600 Peachtree Street, N.E., Suite 3000<br>Atlanta, GA 30308<br>(404) 885-3000 (telephone)<br>(404) 885-3900 (facsimile)<br>thomas.hay@troutman.com<br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, a copy of the foregoing Joint Stipulation of Dismissal with Prejudice was filed electronically through the Court's CM/ECF System on the following:

Thomas S. Hay
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
(404) 885-3000 (telephone)
(404) 885-3900 (facsimile)
thomas.hay@troutman.com

Anthony J. Biraglia
Troutman Pepper Hamilton Sanders LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
202-274-2894 (telephone)
202-274-2994 (facsimile)
anthony.biraglia@troutman.com

Kevin F. Kieffer
Troutman Pepper Hamilton Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
(949) 622-2708 (telephone)
(949) 622-2739 (facsimile)
kevin.kieffer@troutman.com

*/s/ Christopher T. Nace*
Christopher T. Nace (DC Bar No. 977865)
1025 Thomas Jefferson St., NW, Suite 810
Washington, DC 20007
(202) 463-1999 (telephone)
(202-223-6824 (facsimile)
ctnace@paulsonandnace.com
*Counsel for Plaintiff*